In the United States District Court
Central District of Illinois
At Peoria

Jimmie E. Small,
  Plaintiff

v.

WW Lodging Inc.,
  Defendant.

Iowa
3-10-CV-89-CRW-RAW

Transferred

Illinois
No. 1-;10-CV01415

Hon. Cudmore

To: Clerk of District Court
    100 N.E. Monroe Street
    Peoria, Illinois 61602.

FILED
APR 8 2011
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

From: Plaintiff Small
      606 West Hwy # 2
      Milton, Iowa. 52570.

Memo/Response/Damages
Progress Status.

1. Plaintiff has contracted with an experienced CPA for purposes of Realistic Damage Calculation entry due March 29, 2011.

(1)

2. aggrigate of damages due to loss of earnings 1996 thru retirement are calculated and predicted on wages per hr X 2080; plus 1½ times regular pay scale for 100 overtime hours per month since 1996 time period.

3. At Age 66 04/22/2011, plaintiff planned retirement at Age 70.

4. An Affidavit in Support of Damage, calculation, loss of Social Security earnings (loss) due to wrongful discharge and non-payment of taxes; ERISA benefits are complex and may justify an estimate of loss benefits.

5. State And Federal taxes on Damages due to ADA plaintiff are requested due to pain suffering, aggravation of pre-existing medical conditions, treatment by Department of Veterans Affairs, since 1997 or about that time.

(2)

NO. 1-;10-CV01415

6. According to Illinois Secretary of State, WW Lodging filed documents in approximately 2000 (YEAR) claiming stock, asset status in the neighborhood of $102,000,000 U.S.

7. Under Kelsey v. Motorola, Ill. S. Ct.

Halderbrand v. Rodamaster decisions plaintiff seeks reasonable entry of Punitive damages, based on WW Lodging net Asset worth, so as to Deter Employers from Retaliatory or pre-textual conduct, in Illinois, and elsewhere.

8. plaintiff genuinely and in good faith believes that final draft of Damages and Motion for judgment entry by Default R. 55, will be on file by the First part of 04/11/2011 if not sooner.

(3).

Memo to Clerk of Court 04/06/2011

9. Plaintiff has not been successful in retaining legal counsel so as to meet compliance with the March 29, 2011 filing document schedule.

10. Wherefore, plaintiff prays the honorable court - court clerk grant such leave extension to file documents it deem appropriate in the above given premises.

Respectfully Submitted
Jimmie E. Small
606 West Hwy # 2
Milton, Iowa
52570.

cc: No other Party, Appears
No. Proof of Service is warranted for this Memo to clerk of Court

J.E.S. 04/06/2011

(4) of (4).