## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| JIMMIE E. SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-CV-1415 |
| | ) | |
| WW LODGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### OPINION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Plaintiff Jimmie E. Small's Response (d/e 31) to District Court Order (d/e 30) (Response). This case was originally filed in the District Court for the Southern District of Iowa, but later transferred to this Court. Order entered December 16, 2010 (d/e 20). After the transfer, this Court entered a default against Defendant WW Lodging, Inc. (WW Lodging). Order of Default entered February 7, 2011 (d/e 24). The District Court later questioned whether Small had properly served Defendant, vacated the entry of Default, and referred this matter for consideration of whether service was properly executed on WW Lodging. Order entered May 2, 2011 (d/e 30).

Small sent the summons and complaint by certified mail to Defendant WW Lodging in care of an individual named Sue Eastman at 1825

Gillespie Way, Suite 101, El Cajon, CA 92020.  <u>Return of Service on WW</u>
<u>Lodging (d/e 13)</u>.  The District Court directed Small to submit proof that
Small had served the secretary of WW Lodging at its principal place of
business, by certified mail, as required by Iowa law.  <u>Text Order entered</u>
<u>May 10, 2011</u>.  Small has filed his Response.  The Response fails to
establish that Sue Eastman is the secretary of WW Lodging or that the
address in El Cajon, California, is WW Lodging's principal place of
business.  Small, therefore, has failed to establish that he has properly
served  WW Lodging.

This Court will not recommend dismissal of this case because Small
has been diligent in attempting to serve WW Lodging.  This Court further,
as a matter of general procedure, directs the Marshal to serve summons
for parties who have been granted *in forma pauperis* status, such as Small.
The Court will therefore direct the Marshal to effect service for Small.

Because this case is now in this Court, service should be done in
accordance with Illinois law.  Fed. R. Civ. P. 4(e)(1) & (h)(1)(A).  When a
corporation no longer maintains a registered agent in Illinois, service is to
be made by certified mail on: (1) the Illinois Secretary of State; (2) the last
registered agent shown by the records on file at the Illinois Secretary of
State; and (3) at any known address likely to give actual notice to the
defendant.  805 ILCS 5/5.25.

The Court has reviewed the web sites for the Illinois and Delaware Secretaries of State to determine the appropriate addresses on which to serve WW Lodging. The Court may take judicial notice of public records and independently search the web sites of such public records. See Belleville Catering Co. v. Champaign Market Place, L.L.C., 350 F.3d 691, 693 (7th Cir. 2003) ("[C]ounsel could have done what the court did: use the Internet" to research state corporation information). The Illinois Secretary of State's records state that WW Lodging is a Delaware corporation that has withdrawn from the state, and the last registered agent was Prentice Hall Corporation, 33 North LaSalle Street, Chicago, Illinois 60602. The Delaware Secretary of State's Office records state that WW Lodging is a domestic corporation and its registered agent is National Corporate Research, Ltd., 615 South Dupont Hwy, Dover, Delaware 19901. Attached as appendices to this Opinion are copies of the website screen shots with the information regarding WW Lodging from Illinois and Delaware Secretaries of State.

WHEREFORE, The Court directs the Clerk to prepare summons, copies of the Complaint (d/e 1) and this Opinion for the Marshal, and

directs the Marshal to serve such by certified mail on the following parties

at the following addresses:

Illinois Secretary of State
501 S. Second Street
Springfield, Illinois, 62756

National Corporate Research, Ltd.
615 South Dupont Hwy
Dover, Delaware 19901

and

Prentice Hall Corporation
33 North LaSalle Street
Chicago, Illinois 60602


ENTER: June 6, 2011


_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE



SERVICES     PROGRAMS     PRESS     PUBLICATIONS     DEPARTMENTS
CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | WW LODGING INC. | File Number | 58654213 |
| Status | WITHDRAWN | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 01/05/1996 | State | DELAWARE |
| Agent Name | PRENTICE HALL CORPORATION | Agent Change Date | 05/07/1996 |
| Agent Street Address | 33 NORTH LASALLE STREET | President Name & Address | DANIEL M NEIDICH 120 EAST END AVE APT 7A NEW YORK NY 10028 |
| Agent City | CHICAGO | Secretary Name & Address | WITHDRAWN 03 28 00 |
| Agent Zip | 60602 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/28/2000 | For Year | 2000 |
| Old Corp Name | 05/22/1996 - FORTE HOTELS, INC. 09/25/1996 - NL HOTELS INC. 07/15/1998 - CHARTWELL LODGING INC. | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's
Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name
Reservation
Entity Search
Status
Validate
Certificate
Customer
Service Survey

**INFORMATION**
Corporate
Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of
Process
Registered
Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication
of Documents

Frequently Asked Questions   View Search Results

---

### Entity Details

---

#### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | Incorporation Date / Formation Date: | 09/12/1995 (mm/dd/yyyy) |
|---|---|---|---|
| File Number: | 2535247 | | |

| | | | |
|---|---|---|---|
| Entity Name: | **WW LODGING INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** | | |
| Address: | **615 SOUTH DUPONT HWY** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | **(302)734-1450** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.