E-FILED
Thursday, 03 May, 2012  07:58:47 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

FILED

| | |
|---|---|
| JIMMIE E. SMALL, Plaintiff | ) |
| | ) MAY - 2 2012 |
| | ) CLERK OF COURT |
| | ) U.S. DISTRICT COURT |
| | ) CENTRAL DISTRICT OF ILLINOIS |
| -vs- | ) No. 10-CV-1415 |
| | ) |
| | ) Plaintiff Demands Trial |
| WW LODGING, Inc., d/b/a | ) by Jury |
| Quincy Travelodge # 162, and | ) |
| SUE EASTMAN, | ) Complaint at law |
| Defendants. | ) |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

### INTRODUCTION

1.  This is a civil action seeking monetary damages against Defendant Employer, for committing acts or omission against Plaintiff.

2.   On March 16, 2012, Hon Judge Mihm caused to be entered an order permitting Plaintiff to file a Second Amended Complaint.

### JURISDICTION

3.  Plaintiff Small, pro se is a citizen of the State of Iowa, situated at 606 West Hwy # 2, Milton, Iowa.

4.  The matter[s] alleged to be in controversy exceeds the sum of $75,000.00, exclusive of costs.

1

5.    Small's  Second Amended Complaint is to meet compliance with Rule 8a of Fed. Rules of Civil procedure.

6.    Defendant, WW lodging, is a corporation organized under the laws of Delaware state transacted business in Illinois, the location where the subject of the controversy occurred over a period of years.

7.    After WW Lodging Corp purchased Quincy Travelodge # 162, WW  continued doing motel operations within Adams County Illinois at Quincy, 200 South Third street. Re: Sue Eastman EVIDENCE deposition.

8.    Originally, Plaintiff filed suit in the District Court of Iowa.

9.    On a date certain, Hon. Judge Wolle, entered an order transferring said suit to Illinois District Court, Central District at Peoria, reassigned Case No. 10-CV-1415.

10.    Judge Wolle Transfer Order did cover, and decide personal, subject matter and diversity jurisdiction factors.

11.    This  U.S. district court has jurisdiction under 28 U.S.C. sect 1332 in addition to the legal effects of the Hon. Judge Wolle Transfer Order, addressing Diversity Jurisdiction.

12.    This court has pendant jurisdiction as provided under 28 U.S.C. sect. 1367(a).

13.    Plaintiff is a citizen and resident of the City of Milton, Iowa, 606 West Hwy # 2, and the United States of America.

14.     Defendant Employer, WW Lodging discontinued filing annual reports, and ceased doing business with the Illinois Secretary of State, Springfield, Ill, in the approximate year 2000.

15.     Defendant Corporation thereafter, [ in November 2006 and continuing] transacted motel operation business in Adams County, Illinois, from its principal place of business 1875 Gillespie Way, El Cajon, California.

16.     Defendant Employer's willful acts or omission to protect Plaintiff, at all times relevant did occur within the geographical bounds of the State of Illinois, including acts occurring on or about November 09, 2006 above the sworn signature of Defendant agent Sue Eastman, via the United States mail service delivery to Small, 606 West Hwy # 2, legal address.

17.     During the 2010 EEOC proceedings/Claims, Assistant States Attorney, Curtis T. Lovelace continued to represent Defendant WW the same Assistant States Attorney licensed in Illinois who attended the Sue Eastman deposition on September 21, 2006 and who caused to be filed irregular and inaccurate Exhibit "A" personnel records, and the same attorney who breached state court orders to produce the original personnel record of Plaintiff Small, cause No. 02-L-14 and continuing in 2012.

## COUNT - I
## BREACH OF ILLINOIS STATE
## RATIFIED WORKER'S COMPENSATION CONTRACT
### 735 ILCS sect 5/13-206 10 year limitations

18.     Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraph 1. Through 17. above into COUNT I, with the same force and effect as if herein set forth.

19.     Plaintiff alleges and Defendant previously admitted that the state statute of limitations under Illinois Contract law was 10 years from the last act of breach.  735 ILCS sect. 5/13-206

20.     10 year lapse in time  following the November 09, 2006 falsified Certification above the signature of Defendant Agent Sue Eastman, certifying Volune II record documents, [ Illegal publication of protected social security numbers]  would appear to be November 09, 2016, while Plaintiff filed his  present suit in Iowa  Jurisdiction [ diversity]  on July  2010.

21.     Defendant's  acts or omission to protect Plaintiff as set forth in his Second Amended Complaint did result from an employee-employer relationship entered into within the  state of Illinois [ Jurisdiction -Commerce] a copy of said contract agreement being attached and incorporated herein.

22.     At the time WW Lodging, ratified the Illinois Workers Compensation Contract agreement, attorney Darrell Simmons, Springfield, Illinois, did have actual authority to execute said contract binding  WW Lodging, d/b/a Quincy Travelodge, # 162.

4

23.     The state of Illinois Industrial Commission [ Hon. J. Neva Neal] had [ and continues to have] a legitimate state interest to protect in formalizing, approving the Lump Sum Settlement Contract Agreement between the parties continuing in 2012 time period.

24.     At all time relevant to Count I, Plaintiff did perform all covenants of the Illinois W/C ratified contract. [ Four Workers Compensation claims]

25.     Employer WW did engage to breach said W/C contract covenant as admitted to during the Sue Eastman EVIDENCE deposition. Filed under Cause No. 10-CV-1415.

26.     Defendant agent Sue Eastman's Evidence deposition admitted that Plaintiff  exercised his rights under various Illinois law.

27.     Plaintiff did rely upon the terms of said Workers Compensation contract. Pro Se Small's reliance upon said contract terms in 1998 were prudent and reasonable.

28.     Had Employer agent Sue Eastman agent timely disclosed VOL II discovery to Plaintiff in No. 02-L-14 before November 06, 2006 Small would have made an informed decision to file his breach of contract suit sooner then 2010 time period.

29.     At the time Employer agents agreed on the State approved [ Illinois W/C] contract Defendant had no good faith intention of performing said agreement, much less preserving and maintaining a complete, accurate original personnel file in Small's

name and social security identification, as mandated under Illinois Personnel Records Review statute.

30.    As a result of Employer's repeated breach of duty to perform said contract agreement, Plaintiff has sustained damages and continues to sustain damages by the unlawful acts of Employer's agents and assigns.

**WHEREFORE**,  the Plaintiff, pro se Small, prays for damages against the Defendant Employer [ Corporation] in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($ 75,000.00) Plus his costs of this action and other such relief to be deemed just and equitable.

## COUNT II
## BREACH OF DUTY OF GOOD FAITH AND FAIR DEALINGS

31.    Plaintiff repeats and re-alleges Paragraph 1. Through 30. above as though fully set forth into **COUNT II**.

32.    The Uniform Commercial Code of Illinois imposes upon Employer WW Lodging a duty of good faith in execution of the 1998 contract, and a duty to engage performance which Defendant failed to honor.

33.    After Small executed the 1998 Contract with Employer in Illinois jurisdiction, Defendant agent breached said contract by maintaining Small's personnel employment records in a pre-textual manner, materially altering personnel records, filing falsified discovery documents, as a means to defeat Small's

exercise of right under the Illinois Workers Compensation Act laws.

34.     As a direct and proximate result of one or more of these aforesaid Employers acts or omission to perform, plaintiff has sustained injury from loss of employment since 1996 and loss of re-employment in 1999. Plaintiff also sustained the loss of great gains and profits in addition to aggravation of pre-existing war diseases well known to employer defendant. Plaintiff's injuries according to the Department of Veterans Affairs are   permanent in nature.

**WHEREFORE**, the Plaintiff, pro se, prays for damages against the Defendant, El Cajon, California Corporation, in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($ 75,000.00) plus his costs of this action and any other such relief to be deemed just and equitable.

## COUNT III
## PROMISSORY ESTOPPEL

35.     Plaintiff repeats and re-alleges Paragraph 1. Through 34. above as though fully set forth into **COUNT III.**

36.     Once Employer WW Lodging knowingly and voluntarily entered into the State of Illinois approved written contract agreement with the disabled plaintiff in 1998, Employer for better or worse, made binding promise[s] cognizable under Illinois state law.

37.    Plaintiff in signing the 1998 written contract to settle his Worker's Compensation claims, did in fact rely upon the promises that Corporate employer, WW Lodging induced plaintiff to enter into.

38.    At all time relevant to the Second Amended pro se Complaint, the unschooled, disabled veteran reasonable relied upon employers promise to perform, free from reprisal, harassment or retaliation in future litigation and continuing in 2012.

39.    The experiences Plaintiff  realized   after Defendant breached its promise[s],[ written contracts] proved  detrimental to  Plaintiff's interest  over a long span of years.

40.    After a state court ordered Defendant to permit Plaintiff access to and personal inspection of Small's Original Personnel files content, Defendant Sue Eastman and other agents ignored said court order and thereafter continued to file materially false certifications as to the  completeness of discovery record after February 2000, Case 99-MR-40 Defendant Exhibit "A", Defendant Exhibit "A" in No. 02-L-14, 296 pages. See Sue Eastman Deposition content.

41.    On September 21, 2006, some 60 days before the November 09, 2006 certification of discovery by Defendant agent Sue Eastman, Defendant in 02-L-14 could not locate the original personnel file of Plaintiff Small. Said personnel file was certified to state court none the less.

8

42.    That in researching the 2010 lawsuit, Plaintiff learned that Defendant Exhibit "A" content in Docket entry No. 99-MR-40 had been removed, destroyed, and could not be located for any purpose, after Defendant agreed in 1998 to further suit.

43.    Sue Eastman Evidence Deposition revealed, the following factual content.

QUESTION BY SMALL: [" If the court system was to allow WW Lodging a thirty-day extension of time to bring up original personnel records of Jim Small that's been repeatedly ordered and complained about, do you think WW Lodging could bring up the original personnel file of Jim Small"]

ANSWER: Eastman, [" I HAVEN'T LOCATED IT SO FAR"]

44.    In Small's claims in 1996  against WW Lodging, before the State of Illinois Department of Labor, WW Lodging maintained original personnel file [ in regards Small's employment] consisted of 557, 558, pages in length, [ approximately].

45.    In Cause 99-MR-40 WW Lodging States Attorney Jon Barnard, could only locate and did file some 296 pages of Small's personnel file, with the purpose of defeating Small's retaliatory discharge claims. Ill. State Law Claims.

46.    Accordingly, in 1996 WW Lodging had assimilated approximately 558 original personnel file pages in context to an employee-employer relationship now complained of.

47.    On or about February 24,  of 2000, Cause 99-MR-40 retaliatory discharge action Adams Co. Ill. WW Lodging agents [ States Attorney Barnard, Sue Eastman & others] had caused to be reduced Small's alleged Original Personnel File to some

296 pages in length as a defense to Small's state law action. Sue Eastman deposition confirm that on September 21, 2006 she could not locate the **original personnel file**. Sue Eastman EVIDENCE deposition, page 133, Lines 12- 25, P. 134, Lines 1- 2.

48.     As a direct and proximate result of one or more of these aforesaid acts or omission to perform, Plaintiff was caused to expend considerable sums of money for necessary legal expenses, research, meals away from home, typing cost, postage and mailing costs, plus years of lost employment. Additionally, Plaintiff's injuries are permanent in nature, and aggravating to a pre-existing condition known to employer on or about November 06, 2006 when additional personnel records previously/actively concealed and suppressed then released to plaintiff, and not sooner. VOL. II No. 02-L-14 Adams Co. Ill.

**WHEREFORE**, the Plaintiff, prays for damages against Defendant, in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($ 75,000.00) plus his costs of this action, attorney fees, and any other relief to be deemed just and equitable.

## COUNT - IV
## RETALIATION DURING AND SUBSEQUENT TO DISCHARGE

49.    Plaintiff repeats and re-alleges Paragraph 1 through 48. Above as though fully set forth into COUNT – IV.

10

50.    At times relevant an employee-employer relationship existed between Plaintiff and Defendant WW, as clearly reflected in VOL. II documents wrongfully withheld from Plaintiff over a period of years, not released until on or about November 09, 2006, triggering new EEOC and Illinois Human Right Commission claims against Defendant, El Cajon California stationed corporation, doing commerce business in Illinois.

51.    Plaintiff Small did engage in protected activities covered by Illinois state law, in that he timely filed reports of workplace injuries, with Defendant Employer and the Illinois State Industrial Commission; Illinois Court systems, U.S. District Court System; Illinois Human Right Commission; Illinois Department of Employment Security, Illinois state tax audit personnel; U.S. Department of the Internal Revenue Service, seeking equal protection under Illinois laws.

52.    As a direct and proximate result of Plaintiff Small's exercise of rights under the laws stated next above written, Defendant Employer did retaliate against Small over a period of years and did materially alter and or destroyed Small's original personnel records, so as to harass Small and defeat the employees protected activities over a period of years and continuing in No. 10-CV-1415, further motivated by Small's disability status in violation of Illinois state laws.

WHEREFORE, the Plaintiff prays for damages against Defendant Employer, in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ( $ 75,000.00) plus his costs of this action, reasonable attorney fees, and any other relief to be deemed just and equitable.

## COUNT - V
## LIABILITY BASED ON RESPONDEAT SUPERIOR OF WW LODGING CORPORATION

53.    Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in Paragraphs 1 Through 52 above with the same force and effect as if herein set forth.

54.    On or about November 09, 2006 and at the time[s] of material alterations of Plaintiff's Original Personnel Files, [ 558 pages approximately], Sue Eastman, was acting within the scope of her employment with WW Lodging Corporation was a salaried employee, & custodian over Small's original personnel files. See Sue Eastman Evidence deposition taken in Adams County, Illinois, on September 21, 2006.

55.    On or about September 21, 2006, and at the time Eastman's deposition was given under oath in Illinois jurisdiction, Eastman was acting in the interest and benefit of her employer WW Lodging Corporation, who elected to transfer bits and pieces of Plaintiff's original personnel file 3,000 miles west to El Cajon California so as to defeat Small's contract right to future suit based upon a complete Original Personnel file evidence, under Illinois Personnel Records Review Statute.

12

56.   At said times and places described and at the times of previous suit and litigation between the named parties, Sue Eastman, was the permissive custodian of Small's Original Personnel Files, after the August 1998 signed Workers Compensation Contract ratification ceremony, all within Illinois, Commerce and jurisdiction.

57.   As a direct and proximate result of one or more of the aforesaid acts, claims, omission to protect original personnel files, by and through the care of Agent Sue Eastman, the Plaintiff sustained great and severe mental anguish, pain and suffering, and sustained aggravation to pre-existing diseases over a period of years and continuing in April 0f 2012. Plaintiff also suffered loss of great gain and profits, loss of gainful employment, advancement in employment, loss of retirement benefits, loss of Social Security earning owing to normal wages income. Plaintiff's injuries are of a permanent nature, as stated by the U.S. Department of Veterans Affairs medical records and History.

WHEREFORE, the Plaintiff, Jim Small, prays for damages against the Defendant Employer, WW Lodging who hired Eastman, trained Eastman, supervised  Eastman, assigned litigation responsibilities to Eastman as custodian over Plaintiff's Original Personnel Files, in a sum of money in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ( $ 75,000.00) plus his costs of this action, reasonable

13

attorney fees, and any other such relief to be deemed just and equitable in the above given premises.

## COUNT - VI
## BREACH OF STATUTORY DUTY

58.    Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in Paragraph 1 through 57, above into **COUNT – VI**, with the same force and effect as if herein set forth.

59.    That the UCC of Illinois prohibits material alteration of documents, record, evidence etc.

60.    810 ILCS 5/1-304 OBLIGATION OF GOOD FAITH, state [**" Every contract or duty within the Uniform Commercial Code imposes an obligation of Good Faith in its performance and enforcement."**]

61.    The provisions of the UCC 810 ILCS 5/1-305 REMEDIES shall be liberally administered.

62.    The  Illinois UCC, Uniform Commercial Code did apply and does apply in No. 10-CV-1415, because the written contract entered into by the parties and packed off to El Cajon, California, remained enforceable in U.S. District Court even on a bobtailed, materially destroyed Original Personnel record to Small detriment, and in direct violation of Ill. UCC statute.

63.    810 ILCS 5/1-304 obligation of good faith laws were specifically designed to remedy material destruction of relevant

14

Original Personnel Records by Defendant as a means to defeat Plaintiff's exercise of rights under Illinois workers Compensation and other relevant laws.

64.     At all times relevant to COUNT - VI, Plaintiff performed his contractual obligations in good faith including prior court orders.

65.     In contrast, Defendant failed to perform contracts, promises made, and materially altered relevant original personnel file records so as to defeat the pro se Plaintiff, and did use the Adams County judicial system to accomplish destruction of Defendant Exhibit "A" content filed by Adams County States Attorney Jonathan Barnard, later relied upon by Plaintiff to his detrimental legal interest.

66.     As a result of Defendant's Breach of Good Faith Obligation under Ill. UCC, sect 810 ILCS 5/1-304 during ILL Industrial Commission proceedings and thereafter, in 2010 EEOC proceedings, within Illinois jurisdiction, Plaintiff has sustained damages at law.

WHEREFORE, The Plaintiff, prays for damages against Defendant Employer, who orchestrated said wrongful acts so as to avoid liability, in the amount of Seventy-Five Thousand Dollars, ($ 75,000.00) plus his costs, reasonable attorneys fees, and other such relief to be deemed just and equitable in the given premises.

COUNT – VII
PUNITIVE DAMAGES SOUGHT

67.    Plaintiff repeats and re-alleges Paragraph 1 through 66, above as though fully set forth into COUNT - VII

68.    That the acts or omission to protect Plaintiff which proximately lead to his damages and injury, were the intentional acts, wanton acts of Defendant Employer corporation and orchestrated against Plaintiff so as to dissuade and discourage other similarly situated employees from exercising their right under Illinois or other laws wherever WW Lodging does business and engages commerce.

69.    That the claims of intentional acts became part of VOL II excerpts of Plaintiff's personnel record suppressed and concealed by Defendant Agent Sue Eastman, Jon Barnard and Curtis T. Lovelace until November 09, 2006.

70.    Destruction, [ permanent Illegal removal] of Defendant Exhibit "A" [ 296 pages /bound] removed from Adams County Clerk of Court's office [ Quincy, Ill. ] after the Court ordered WW Lodging to **file** the same [ by Hon. Judge D. Cashman,] are the type of wrongful, intentional acts that punitive damages are specifically designed to compensate.

71.    Under Ill. Civil Procedure, special damages must be specifically pled in the complaint.

16

72. Plaintiff request judgment against Defendant WW Lodging Corporation in a sum of money in excess of three times the actual damages found due Plaintiff in Count[s] I - VII of Plaintiff Second Amended Complaint, plus any other relief the court deem just and equitable.

Respectfully submitted

*Jimmie E. Small*

JIMMIE E. SMALL
Plaintiff pro se
606 West Hwy # 2,
Milton, Iowa, 52570
@ 641-208-2317 Cell

## PROOF OF SERVICE/PROOF OF MAILING

The undersigned certifies that a copy of the foregoing Second Amended Complaint was served upon defendant Counsel Lovelace, at his business address as disclosed of record, all done on this  day 1st Day of May 2012, by U.S. regular mail, properly address, Postage fully prepaid, proper zip code affixed.

I further certify that the original of the Second Amended Complaint, plus attached exhibits were file with Motion for leave to file instanter, Plus a Motion for leave to re-file and consider the Sue Eastman deposition previously filed and stricken, all filed with Clerk of Court, U.S. District Court, Peoria, Ill.

EXCEPTIONS; None

*Jimmie E. Small*

JIMMIE E. SMALL

## MOTION FOR LEAVE TO FILE

## SECOND AMENDED COMPLAINT INSTANTER

Plaintiff respectfully request leave to file his Second Amended Complaint, out of time.

**WHEREFORE,** Plaintiff prays the order of Honorable Court.

JIMMIE E. SMALL

---

## MOTION FOR LEAVE TO RE-FILE AND CONSIDER THE SUE EASTMAN DEPOSITION, PREVIOUSLY FILED & STRICKEN
### No. 10-CV-1415

WHEREFORE, Plaintiff prays the order of the count.

JIMMIE E. SMALL

THF, Inc.                    **Confidential Incident Report**

| | | |
|---|---|---|
| UNIT/HOTEL | ADDRESS | PHONE NO. |
| Quincy | 000 So 3RD | 217 222 62?? |

**DATA**

TYPE OF REPORT: *Per Personal Injury*     TYPE    CODE

LOCATION OF OCCURRENCE: *Shop Maintenance*    LOC.    CODE

PROPERTY NO. 0 1 6 2    REPORT NO.    REPORT DATE 1 96

ACTUAL CASH LOST TO VICTIM TO NEAREST DOLLAR. LIST DESCRIPTIONS, AND ESTIMATED VALUE IN NARRATIVE SECTION

CURRENCY
JEWELRY & PRECIOUS
CLOTHING
CAMERAS
MISCELLANEOUS

TIME OF OCCURRENCE 3 10 9 96    · AM TO · AM    · PM · PM    LOSS VALUE

**REPORTER/GUEST**

LAST *Small*    FIRST *Jimmie*    MIDDLE NAME

ORIGIN    DEM    DOB    000 GEO.#
 *MWc*    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

RES    CITY *Quincy*    STATE *FL*    TELEPHONE *N/A*

EMPLOYER *Hhf*    ADDRESS *000 So 3 rd*    PHONE # *222 5620*

· REG GUEST    · FACILITY CUSTOMER    · INVITED GUEST
X EMPLOYEE    · OTHER

**GUEST ROOM THEFT**

IF THEFT OCCURRED IN GUEST ROOM WAS
DOOR LOCKED?    · YES · NO
DOUBLE LOCKED?    · YES · NO
ENTRY FORCED?    · YES · NO
INCIDENT BY INVITED VISITOR?    · YES · NO

**INJURY**

NATURE OF INJURY _____
WAS MEDICAL TREATMENT NEEDED? X YES · NO
ATTENDING PHYSICIAN/AGENCY    PHONE NO.
HOSPITAL    PHONE NO.
TRANSPORTED BY: *Self*    PHONE NO.

**SUSPECT**

LAST    FIRST    MIDDLE    SOC. SEC.#
ORIGIN    SEX    DOB/AGE    HEIGHT    WEIGHT    HAIR    EYES    COMPLEXION
ADDRESS
EMPLOYER    ARRESTED? YES NO
PARTICULAR CHARACTERISTICS/CLOTHING

· REG GUEST    · FACILITY CUSTOMER    · INVITED GUEST
· EMPLOYEE    · UNAUTHORIZED PERSON    · OTHER

**POLICE**

POLICE NOTIFIED? · YES X NO    REPORT NO
OFFICER'S NAME    BADGE/ID NO.

**WITNESS**

| NAME | ADDRESS | PHONE | EMPLOYER | BUS. ADDRESS | PHONE |
|---|---|---|---|---|---|
| NAME | ADDRESS | PHONE | EMPLOYER | BUS. ADDRESS | PHONE |
| NAME | ADDRESS | PHONE | EMPLOYER | BUS. ADDRESS | PHONE |

**VEH**

| YEAR | MAKE | BODY TYPE | COLOR | LIC.# | STATE | IDENTIFYING MARKS |
|---|---|---|---|---|---|---|

USE THE SPACE PROVIDED BELOW AND ON REVERSE SIDE OF FORM TO DESCRIBE INCIDENT IN DETAIL. USE SUPPLEMENT IF MORE SPACE IS NECESSARY.
NOTE: THIS FORM CONTAINS REPRESENTATIONS MADE BY THE REPORTER AND DOES NOT CONTAIN ADMISSIONS AS TO ANY

*Cut Himself with Break away Blade He Had Been*
*Using In Maintenance*

*I was Gone out of Town At Time See Attached*

| | | |
|---|---|---|
| GENERAL MANAGER (PRINT) *Red Anglin* | PERSON PREPARING REPORT (PRINT) *Red Anglin* | REPORTER/GUEST (PRINT) |
| SIGNATURE    DATE 4/3/96 | SIGNATURE    DATE | SIGNATURE    DATE |



## ILLINOIS DEPARTMENT OF LABOR

Jim Edgar
Governor

Shinae Chun
Director

July 30, 1996

Mr. R. Sampson
Travelodge of Quincy
200 South 3rd Street
Quincy, IL 62301

Re:            PERSONNEL RECORDS REVIEW ACT
Complainant:   Jimmie E. Small / File No. 96P-00060*
               SSN:  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

Dear Employer:

We have received the original of the attached complaint.  A copy of
the Illinois Personnel Records Review Act is enclosed.

Pursuant to the provisions of said Act, we hereby request you to
allow the complainant to review the personnel records within 10
days.  Upon said review, the complainant should sign below.  Return
this signed form as soon as completed.  If the complainant no
longer is employed by you, and does not contact you within 10 days,
please advise of these developments in writing.

Your failure to allow such access could result in further action by
this agency.  Your cooperation is appreciated.

Very truly yours,


FAIR LABOR STANDARDS DIVISION
Labor Law Compliance Section

Inquiries:  312/793-1805


Letter Pers-2
Enclosures

          */ PLEASE NOTE THAT CLAIM IS FILED UNDER SECTION 40.6
             OF THE ACT.  (PERSONNEL RECORD CORRECTION)

STATE OF ILLINOIS BUILDING
160 NORTH LA SALLE - SUITE C-1300
CHICAGO, ILLINOIS 60601-3150
(312) 793-2800
Fax:(312)793-5257

ONE WEST OLD STATE CAPITOL PLAZA, ROOM 300
SPRINGFIELD, ILLINOIS 62701
(217) 782-6206
Fax:(217)782-0596

2309 WEST MAIN STREET
MARION, ILLINOIS 62959
(618) 993-7090
Fax:(618)993-7258




February 11th, 1997

ILLINOIS DEPARTMENT OF LABOR
State of Illinois Building
160 North LaSalle-Suite1300
Chicago, Illinois, 60601-3150

File No. 96P-00060
Adm Law Judge,
Raymond Cyrus

Small/Claimant

v.

Travelodge of Quincy, Emplr.
          Respondent.

RE: NOTICE to IDOL of change of address and correct telephone no.

          HEARING SECTION, ILDOL;

     Please be advised that the undersigned has received the
department's notice of telephone hearing, scheduled for March, 4-1997,
at 1:00 P.M.  Further be advised that the claimant's present
telephone number (has changed) is (@217) 223-6610 located in
the city of Quincy, State of Illinois. The correct mailing address
of claimant is (has changed) 200 Maine street, Quincy, illinois,
62301. In the near future ILDOL will be receiving a written
request for subpeona daces tecam for production of records which
claimant intends to use AS in evidence to support the factual validity
of his complaint of unfair labor practices proximately resulting
in the wrongful discharge and loss of employment for asserting rights
under the law.  Thank you for your assistance in this matter.

                         Jimmie E. Small    02-11-97
                    RESPECTFULLY SUBMITTED

                    Jimmie E. Small
                    200 South Maine St.



# ILLINOIS DEPARTMENT OF LABOR

Jim Edgar
Governor

Shinae Chun
Director

JANUARY 31, 1997

JIMMIE E. SMALL  *200 Maine St.*
~~133 S. 4TH STREET~~
QUINCY, IL 62301
~~217/222-5660~~  *223-6610*

FILE NO. 96P-00060

RED SAMPSON ——  *> or Kerry*
TRAVELODGE OF QUINCY
200 SOUTH 3rd STREET
QUINCY, ILLINOIS 62301
217/222-5620

### PERSONNEL RECORD REVIEW ACT
### NOTICE OF TELEPHONE HEARING

A telephone hearing has been scheduled on the above referenced complaint at the time and date listed below. A representative of this Department will telephone you on the day of the hearing. If the telephone number is incorrect, please call 312/793-1805 to provide the correct number.

DATE OF HEARING:   MARCH 4, 1997      TIME:  1:00 P.M. (CDT/CST)

LABOR CONCILIATOR:    RAYMOND CYRUS

Please be prepared to proceed on the date and time indicated above. Due to the volume of cases scheduled for hearings, continuances will <u>not</u> be granted prior to the hearing date. The hearing officer will consider emergency requests <u>only</u> at the time of the hearing. DO NOT TELEPHONE OR WRITE TO THE DEPARTMENT TO REQUEST A CONTINUANCE OF THE HEARING.

The parties are requested to submit any documents and/or records, relevant to the claim prior to the hearing. The employer must produce all personnel documents which are, have been, or are intended to be used in determining the subject employee's qualifications for employment, promotion, transfer, additional compensation, discharge or other disciplinary action, except as otherwise provided in Section 10 of the Personnel Records Review Act, 820 ILCS 40/0.01 – 13.

Thank you for your cooperation.

Fair Labor Standards Division, Hearing Section

Pers-3

STATE OF ILLINOIS BUILDING
160 NORTH LA SALLE - SUITE C-1300
CHICAGO, ILLINOIS 60601-3150
(312) 793-2800
Fax:(312)793-5257

ONE WEST OLD STATE CAPITOL PLAZA, ROOM 300
SPRINGFIELD, ILLINOIS 62701
(217) 782-6206
Fax:(217)782-0596

2309 WEST MAIN STREET
MARION, ILLINOIS 62959
(618) 993-7090
Fax:(618)993-7258

STATE OF ILLINOIS-DEPARTMENT OF LABOR
FAIR LABOR STANDARDS DIVISION
160 NORTH LASALLE STREET, SUITE C-1300
CHICAGO, ILLINOIS 60601

| | | |
|---|---|---|
| JIMMIE E. SMALL | ) | PERSONNEL RECORDS REVIEW ACT |
| 200 MAIN ST. | ) | 820 ILCS 40/0.01-13 |
| QUINCY, IL 62301 | ) | |
| COMPLAINANT, | ) | [hereinafter, "the Act"] |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| | ) | |
| TRAVELODGE OF QUINCY | ) | |
| c/o RED SAMPSON | ) | STATE FILE NO. 96P-00060 |
| 200 SOUTH 3rd ST. | ) | |
| QUINCY, IL 62301 | ) | |
| RESPONDENT. | ) | |

NOTICE IS HEREBY GIVEN that the Illinois Department of Labor will take no further action on the above-captioned matter, and that the Complainant may commence an action in circuit court under the Act. The Complainant may consult a private attorney for more information.

[X]    The Department has determined that its reasonable efforts to resolve the Complainant's complaint by conference, conciliation or persuasion have failed and that the Department will not file a lawsuit.

[ ]    The Complainant failed to submit a response to the Respondent's response disputing Complainant's complaint.

[ ]    The Department dismissed the complaint because Complainant, Complainant's representative, translator, and/or witness(es) were disruptive or abusive during an informal investigative conference.

[ ]    The Department determined that it lacks jurisdiction over the complaint.

[X]    Other:   A hearing was conducted on March 4, 1997. Complainant requested relief which is not appropriate under the Act, e.g., an untimely filed W-2 statement. The undersigned provided 21 days for Complainant to provide written notice to the undersigned and Respondent of appropriate relief under the Act. No such notice was received in a timely fashion. On June 5, 1997, the undersigned sent a written communication requesting "legal action for unfair labor practices" without specificity and to refer the matter to the appropriate agency. The Department is unable to be of further assistance.

25 August 1997
Date

Raymond C. Cyrus
HEARING OFFICER

# CHANGE OF STATUS
TYPE OR PRINT FIRMLY WITH BALL POINT PEN

**Travelodge**

Effective Date _____

Company Name and Location _____

Employee Name _____
First _____ M.I. _____ Last

Social Security No. _____

## STARTING DETAILS

☐ New Appointment  ☐ Re-Appointment _____  Original date of hire _____  ☐ Change of Address

Address _____
Street _____ City _____ State _____ Zip _____ Phone

Birthdate _____ EEO _____ Sex _____ Status (W-4) _____ Fed. JC _____

## CHANGES IN CONDITIONS OF EMPLOYMENT

☐ Promotion  ☑ Salary Adjustment for _____  ☐ Transfer

☐ Reclassification  ☐ Other

## SEPARATIONS

☐ Resignation  ☐ Discharge  ☐ Layoff  ☐ Retirement

☐ Leave of Absence _____  Estimated date of return _____
(Type)

Medical  ☐ Non Occupational  ☐ Personal  ☐ Other _____
☐ Occupational

Last Day Worked _____  Pay in Lieu of Notice _____

Vacation Due _____ hrs./wks.  Foward Final Check to _____ hrs./wks.

Hours Worked in Current Pay Period _____
(Regular) _____ (Overtime)

☐ Eligible for Rehire

_____ Illness-Injury
_____ Other Employment
_____ Dissatisfaction
_____ Not Meeting Performance Standards
_____ Conflict with Other Workers
_____ Moved Away
_____ Marital-Family Obligations
_____ Violation of Company Rules

_____ Under Influence of Alcohol/Drugs
_____ Failed to Follow Orders
_____ Malingering
_____ Absenteeism
_____ Tardiness
_____ Quarreling-Fighting
_____ Insubordination
_____ Discourteous to Customers

_____ Made False Statement to Obtain Job
_____ Not Qualified
_____ Refused Transfer
_____ Refused Recall
_____ Failed to Report
_____ Incarcerated
_____ Attend School
_____ Other _____

**ALL TERMINATIONS MUST BE EXPLAINED FULLY USING THE SPACE PROVIDED BELOW.**

Explanation: _____
_____
_____

Employee's Signature _____

| CHANGE | FROM | TO |
|---|---|---|
| Title | | |
| Job Code | | |
| Department | | |
| Department No. | | |
| Rate — Hour | | |
| Rate — Month | | |
| Rate — Year | | |

Reviewed by Personnel

Date Processed by Payroll:

Comments _____

Originator Manager _____ Date _____  Corporate _____ Date _____  Personnel

90

**M 45:** Employers First Report of Injury or Illness
ng of this report does not affect your liability under the Workers' Compensation Act and is not incriminatory in any sense.

PLEASE TYPE OR PRIN

| *45 | ILLINOIS UNEMPLOYMENT COMPENSATION NUMBER | 33 96 33 | DATE OF REPORT | 3 27 96 MONTH DAY YEAR | CASE OR FILE NUMBER | N 110910 |
|---|---|---|---|---|---|---|

LOYER'S NAME   Quincy Travelodge

ING BUSINESS UNDER THE NAME OF

Is this a lost workday case?  ☐ Yes  ☐ No

MAIL ADDRESS   200 S. 3rd St.   CITY, STATE  Quincy   ZIP CODE

EMPLOYER LOCATION IF DIFFERENT FROM MAIL ADDRESS   CITY, STATE  IL 62301   ZIP CODE

NATURE OF BUSINESS OR SERVICE   Motel

| SIC CODE | | TOTAL NUMBER OF EMPLOYEES AT THE LOCATION WHERE ILLNESS OR INJURY OCCURRED | 14 |
|---|---|---|---|

NAME OF WORKERS' COMP. INSURANCE CARRIER   Royal Insurance
POLICY NUMBER   502554
SELF INSURED  YES ☐  NO ☐
COUNTY WHERE INJURY OCCURRED   Adams

EMPLOYEE'S NAME (LAST, FIRST, MIDDLE)   Small   Jimmie E.
SOCIAL SECURITY NUMBER   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

OME ADDRESS   Gen'l Delivery   Knox city   MO   CITY, STATE   ZIP CODE

ALE ☑   FEMALE   MARRIED   SINGLE ☑   WIDOW(ER)   DIVORCED
BIRTH DATE   04 22 45  MONTH DAY YEAR
NUMBER OF DEPENDENT CHILDREN UNDER 18 AT TIME OF INJURY OR ILLNESS   0

ATE AND TIME OF THE INJURY OR EXPOSURE   3-25-96   □ a.m. (p.m.)  MONTH DAY YEAR
EMPLOYEE'S AVERAGE WEEKLY EARNINGS   $240
LAST DAY EMPLOYEE WORKED   MONTH DAY YEAR

JOB TITLE OR OCCUPATION   Maintenance man
DEPARTMENT NORMALLY ASSIGNED   Maintenance

ADDRESS OF LOCATION WHERE INJURY OR EXPOSURE OCCURRED   200 S. 3rd St.   CITY, STATE  Quincy IL   62301  ZIP CODE

D EMPLOYEE DIE AS A RESULT OF THE INJURY OR ILLNESS?   YES ☐   NO ☑
IF EMPLOYEE DIED AS A RESULT OF THE INJURY OR ILLNESS, GIVE DATE OF DEATH   MONTH DAY YEAR

THE INJURY OR EXPOSURE ON THE EMPLOYER'S PREMISES?   YES ☑   NO ☐
DID THIS INCIDENT RESULT IN: ☐  OCCUPATIONAL INJURY / OCCUPATIONAL DISEASE
Was Employee given Industrial Commission Handbook?   YES ☑   NO ☐

TURE OF THE JURY   laceration

RT OF THE BODY FECTED (BE SPECIFIC)   left thumb

AT TASK WAS EMPLOYEE RFORMING WHEN ILLNESS INJURY OCCURRED?   fixing shower door

JECT OR SUBSTANCE SPONSIBLE FOR INJURY ILLNESS (SOURCE)   razor in holder

V DID ACCIDENT OR NESS OCCUR (TYPE)?   trying to pull razor out of holder

AT HAZARDOUS CONDITIONS, THODS OR LACK OF PROTECTIVE ICES CONTRIBUTED?   None

T UNSAFE ACT BY A PERSON SED OR CONTRIBUTED TO INJURY OR ILLNESS?   None

E MEDICAL SERVICES BEEN DERED TO THE EMPLOYEE?   YES ☑   NO ☐
IS OR HAS THE EMPLOYEE BEEN HOSPITALIZED?   YES ☐   NO ☑

E AND ADDRESS OF PHYSICIAN

E AND ADDRESS OF HOSPITAL   Blessing Hospital 14th/Broadway   CITY, STATE  Quincy IL 62301   ZIP CODE

RT PREPARED BY: (NAME—PRINT OR TYPE)   Jeanne Sampson
SIGNATURE   Jeanne Sampson
TITLE AND TELEPHONE NUMBER   Mgr 217-222-5620

NT REPORTING DEPT., ILLINOIS INDUSTRIAL COMMISSION, 160 North LaSalle Street, Chicago, Illinois 60601
WITHOUT WRITTEN APPROVAL OF COMMISSION, THIS FORM MAY NOT BE REPRODUCED

DISCLOSURE OF THIS INFORMATION TO THE INDUSTRIAL COMMISSION IS MANDATORY UNDER IL REV STAT CH
48, § 138.6, FAILURE TO PROVIDE



JUL 10 1996

# ILLINOIS DEPARTMENT OF LABOR

Jim Edgar
Governor

Shinae Chun
Director

July 9, 1996

The Honorable Art Tenhouse
House of Representatives
640 Maine
P.O. Box 1161
Quincy, Il. 62306

Dear Representative Tenhouse:

This letter is in response to your constituent, Mr. Jim Small, and the complaints he has leveled against his former employer. Immediately after receiving your letter dated June 24, I followed up with Patty in your district office and informed her that the Department of Labor had responded to Mr. Small's inquiries concerning access to his personnel records. The Department sent the complaint forms that he will need to complete and file with the Department. He must file these forms with Department before an investigation can be initiated.

Further, I informed Patty that his concerns with unemployment insurance and discrimination are matters that this Agency has no jurisdiction over and would be more properly addressed by the Department's of Employment Security and Human Rights, respectively.

If you should have any additional questions, please don't hesitate to contact me at 217/782-8219.

Sincerely,

Christopher J. Siebel
Legislative Liaison

— Exhibit "15" —

57

STATE OF ILLINOIS BUILDING
160 NORTH LA SALLE · SUITE C-1300
CHICAGO, ILLINOIS 60601-3150
(312) 793-2800
Fax (312) 793-5257

ONE WEST OLD STATE CAPITOL PLAZA, ROOM 300
SPRINGFIELD, ILLINOIS 62701
(217) 782-6206
Fax (217) 782-0596

2309 WEST MAIN STREET
MARION, ILLINOIS 62959
(618) 993-7090
Fax (618) 993-7258



# American International Companies®

**EXECUTIVE OFFICES**
70 Pine Street
New York, NY 10270
Tel: (212) 770-7000

Mailing Address:
DBG Legal Services
Product Support & Regulatory Affairs
160 Water Street, 24th Floor
New York, NY 10038

VIA FACSIMILE AND REGULAR MAIL

July 22, 1998

Mark A. Smith
Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767-0001

RE:        Complainant:      Jimmie Small
           Your File No.:    98 6154
           Our File No.:     IL NU 98 4961
           Company:          National Union Fire Insurance Co. of Pittsburgh,
                             P.A. ("National Union"
           Insured:          Travelodge of Quincy (N.L. Hotels)

Dear Mr. Smith:

This letter is offered in response to your inquiry of July 8, 1998 regarding the above-referenced matter.

Mr. Small raises several issues in his complaint. AIG Claim Services, Inc. ("AIGCS") has conducted an investigation into this complaint regarding the issues that are relevant to Mr. Small's compensation case. This response does not address other issues adverted to in Mr. Small's correspondence which are unrelated to National Union's responsibilities with regard to this claim.

Mr. Small sustained a laceration to his left thumb on 3/25/96 while employed by Travelodge of Quincy. This claim #158-065025 was reported in a timely manner and is compensable under Illinois Workers' Compensation Statutes.

Blessings Hospital in Quincy Illinois provided medical services to Mr. Small. Travelodge paid a total of $218.17 to Blessings Hospital for medical services rendered. AIG then paid those same billings directly to Blessing Hospital on 10/16/96. Blessing Hospital endorsed those checks directly to Mr. Small.

After AIG learned that Travelodge made payment, AIG put a stop payment on the said checks on 11-1-96, however, Mr. Small had already cashed AIG's checks on 10/30/96.

1:10-cv-01415-MMM-BGC    # 66    Page 28 of 68

Mark A. Smith
Illinois Department of Insurance
July 22, 1998
Page two

Mr. Small has filed an Application for Adjudication of claim in Illinois under Industrial Commission number 98-WC-032095. AIGCS has retained Heyl Royster Voelker & Allen in Springfield, IL to defend Travelodge.

Two other applications # 98-WC-7078 and # 98-WC-20659 have been filed by Mr. Small with the Illinois Commission. Both of these alleged injuries are a result of an alleged assault and battery by a fellow employee. The assault and battery was never reported to the employer and an investigation is pending.

An offer was made in the amount of $1,500 to settle Mr. Small's lacerated finger claim #158-065025 and all pending actions before the Illinois Industrial Commission. Mr. Small rejected this offer and made a demand of $5,000 to settle only the finger laceration claim. AIGCS rejected this request.

We are continuing to negotiate a settlement with Mr. Small.

I trust that all of the issues that were raised by Mr. Small that pertain to efforts by National Union to settle his claim have been adequately addressed. Please do not hesitate to contact me if you have any further questions.

Sincerely,

Sarah M. Patterson

Sarah M. Patterson
DBG Legal Services



STATE OF ILLINOIS
INDUSTRIAL COMMISSION
160 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60601

APPLICATION FOR A
(File four c.

1. ☐   2. ☒   3. ☐
Workmen's Compensation: Non-Fatal / Fatal /

6. Jimmie E. Small
EMPLOYEE — PETITIONER
VS.

8. Quincy Travelodge #162     Case nu
EMPLOYER — RESPONDENT

The Petitioner alleges that a dispute has arisen with respect to the Benefi
provisions of Workmen's Compensation or C
particulars relative to application.

ALL CASES:

10. Quincy Travelodge #
EMPLOYER'S NAME

14. Jimmie E. Small
INJURED EMPLOYEE'S NAME

18. AGE 53     18a.
Social Security No.: 1490-48-97

20. Gross Weekly Wage $240.
(Not Including Overtime)
7110.60 Housing    BREACH
Description of Accident    ILCS sec

Nature of Injury or Illness: INTENTIO

21. DEPENDENTS    ARBITRATION OF
LOSS OF PAIN A
Name

1. N/A                    3

2. _____    4

**Receipt for Certified Mail**
US Postal Service
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to    Travelodge Quincy
Street & Number    200 South 3d Street
Post Office, State, & ZIP Code    Quincy Illinois 62301

Postage    $    (-35

Certified Fee

Special Delivery Fee

Restricted Delivery Fee    1.10

Return Receipt Showing to
Whom & Date Delivered

Return Receipt Showing to Whom,
Date, & Addressee's Address

TOTAL Postage & Fees    $

Postmark or Date

Z 109 817 830

PS Form 3800 April 1995

JUN 12 1998 QUINCY ILL USPS

**SENDER:**
- Complete items 1 and/or 2 for additional servic
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of t
  card to you.
- Attach this form to the front of the mailpiece, or on    ack if space does not
  permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date
  delivered.

Is your RETURN ADDRESS completed on the reverse side?

3. Article Addressed to:
Travelodge Quincy
200 South 3d st.
Quincy, Illinois
62301

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X Christi L. Hutson

PS Form 3811, December 1994

I also wish to receive the
following services (for an
extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

4a. Article Number
Z 109 817 830
4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD
7. Date of Delivery
6/13/98
8. Addressee's Address (Only if requested
and fee is paid)

102595-97-B-0179    Domestic Return Receip

18

State of Illinois
Industrial Commission
160 North La Salle Street
Chicago, Illinois 60601

Application for Adjustment of
Claim

Proof of Service by Mail

I, Jimmie E. Small, being first
duly sworn on Oath, depose and
state that I served the foregoing
Application for Adjustment of Claim,
by Mailing a Copy to Employer
Travelodge; A I G Services; with
the original Application upon
the Commission (4 copies), by United
States Mail, on this __12th__ Day of
June, 1998, with proper postage
affixed, prepaid.

06-12-98                    Jimmie E. Small
File Copy                   Claimant, Pro Se
                            P.O. Box 133
                            Quincy, Illinois
                               62306-0133

19

Illinois Department of Human Rights
100 West Randolph Street
James C Thompson Center
Suite 10-100
Chicago, Illinois 60601

Charge No: 1999 CA 2544

<u>Affidavit In Support</u>
<u>Motion to strike</u>

    I Jim Small, compla
being first duly swar
state that he personall
the enclosed Motion to
that Affiant his perso
of the matters upon wh
was based. particular
to respondent's treatmen
during prior employmen
Affiant would also te
Oath concerning the se
related facts if called

Jimmie L. Small
Affiant 1999 CA 2544
12-22-99

OFFICIAL SEAL
MARY MARADA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-30-2002

Z 050 947 952

**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

UNITED STATES POSTAL SERVICE

Sent to: ILL Dept Human Rights
Street and No. 106 w. Randolph St.
P.O., State and ZIP Code 59.10-100
James Thompson Center Chicago Ill
60601

| | |
|---|---|
| Postage | $ 3.20 |
| Certified Fee | 1.40 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.20 |
| Return Receipt Showing to Whom, Date, and Address of Delivery | |
| TOTAL Postage & Fees | $ 5.85 |
| Postmark or Date | 22 |

PS Form 3800, March 1993

USPS

CASH T          3.20
CHANGE          .00

```
**** U.S. POSTAL SERVICE ****
DOWNTOWN STATION   62701-9711
167416                   41.00
BILL W                   # 06
12-22-99             13:34:06
```

CUSTOMER RECEIPT

```
109 POST VAL IMP        3.20

  TOTAL                 3.20
  CASH T                3.20

  CHANGE                 .00
```

*** THANK YOU ***

07-29-98

AIG Claims Services, Inc.,
3201 White Oaks Drive
Jim Revis, Corp. Mgr.of Claims
Springfield, Illinois

July 29, 1998

IN RE: Counter offer settlement on (4) four Application for adjustment of Claims,
against former employer, Travelodge Quincy, # 162

## COUNTER OFFER SETTLEMENT OF CLAIMS

ATTENTION:  TO Mr. Jim Revis, AIG Corp. claims Mgr., Springfield, IL.

Dear Mr. Revis;

Thanks to AIG, your office and staff for your courtesy, patience and
kind assistance lended in resolve over the above referenced worker's comp.
disputes.  Disputes which arose within the scope of and during the ordinary
course of claimant Small's former employment with Travelodge Corporation, its
agents and assigns.

Its claimants present position, that owing to the long standing nature
of the pending disputes, parallelling complexity of the parties involved, and
following claimants efforts to exhaust his administrative remedies with both
federal and state agencies having primacy of and jurisdiction over the disputes,
Claimant Small herein elects to present to AIG Insurance company, for Travelodge,
a written counter offer in the U.S. dollar amount or $1,750,00.

IN RETURN and in good faith, (UPON PAYMENT) and acknowledgement of receipt
in consideration for, Claimant Small will enter into a written waiver/release of
claims for liability in regards to employer conduct arising out of and during
the time periods of claimants employment.

WHEREFORE:  This proposed release upon payment in full and WITHOUT DELAY,
shall include past and future incidents which would give rise to claims
cognizable, actionable and compensatory and within the subject matter jurisdiction
of the State of Illinois, Industrial Commission.

In shorter terms, all claims of liability against the insured Travelodge
Quincy, Il., Claims which are preempted under the worker's Comp. Act. 820 ILCS
305/et seq., before the Industrial commission adjudicator, (arbitrator Ruth
white).

## RESERVATION OF RIGHTS AND CLAIMS

ALL pending claims of employer liability, arising out of Claimant's
employment activities, which may be proved to have violated public policy,
independent to job related physical injury, are specially and specifically
accepted and clearly understood by AIG: Travelodge and Claimant to be reserved
for future resolution by the same or otherparties as appropriate.

33          -1-          65

## COUNTER OFFER TIME FRAME

This counter offer is presented for immediate acceptance given the narrow margin between the parties prior offer of settlement on the above claims and efforts pending to resolve potentially complex Title Vll civil rights and unfair labor practice matters.

The enclosed counter offer of settlement on the above claims (4)four is valid to AIG and Travelodge's acceptance of counter offer until August 4th, 1998. Full settlement must be made and tendered by August 7th, 1998, with concurrence with the Industrial Commission representatives, as appropriate.

In the event Small's counter offer is not accepted in writing by AIG, its agents and assigns, by the deadline of August the 4th, 1998, this counter offer for settlement of (4) claims will stand null and void without effect.

RESPECTFULLY SUBMITTED

JIMMIE E. SMALL/Pro Se
Claimant/employee
P.O. Box 133
Quincy Illinois, 62306-0133

## PROOF OF SERVICE BY MAIL

I JIM SMALL hereby certify that a true copy of the foregoing counter settlement offer was served upon AIG and Travelodge on this 29th day of July, 1998, by depositing the same in the U.S. Mail, postage prepaid, properly addressed, to thier business address as disclosed by the pleadings, information, and notices last received by claimant. Additionally, the Industrial Commission of the State of Illinois was also served with this counter offer, at its Chicago Il, Division. LaSalle Street.

J. SMALL

-2-

 **AIG Claim Services, Inc.®**

Reply To:
P.O. Box 5019
Springfield, Illinois 62705
Toll Free: 1-800-523-8653
Direct: (217) 793-4666
Fax: (217) 793-6998

July 16, 1999

Mr. Jimmie Small
RR #3
Box 33
Kirksville, Missouri 63501

| Re: | Employee: | Jimmie Small |
|---|---|---|
| | Employer: | Travelodge of Quincy #162 |
| | DOI: | 3-25-96 and 4-11-96 |
| | Our File: | 158-090281 |

Dear Mr. Small:

This will acknowledge our telephone conversation concerning the above captioned matter. Per our conversation, here are the documents you requested.

As a recap, your workers' compensation claims against Travelodge of Quincy #162 have been completely resolved per the attached settlement contracts approved by the Illinois Industrial Commission.

Any other claims you may have against Travelodge of Quincy #162 not specifically covered or addressed in the attached settlement contracts are beyond the scope of these documents.

I hope this is the information you needed. Thank you for attention to this matter.

Sincerely

Jim Revis
AIG Claim Services, Inc.

attachments

22

55



# OFFICE OF THE SECRETARY OF STATE

### JESSE WHITE • Secretary of State

```
'DIN22                         INQUIRY ON   58654213      NEXT PAGE    .
'OREIGN          REVOKED                                              OLD
'AME    WW LODGING INC.
        PRENTICE HALL CORPORATION      05/07/96    DATE QUAL  01/05/1996
        33 NORTH LASALLE STREET                    DURATION   PERPETUAL
        CHICAGO                60602-2607 COOK     STATE INC  DE
RES     MARTIN L EDELMAN  55 HILLSIDE RD  RYE NEW YORK 10580
ECY            REVOKED           06 01 99

                                            MICROFILM LOCATIONS
-C-DATE       TOTAL CAP      ILL CAP        TAX CAP    CURRENT    PREVIOUS
2/23/1997   102,615,119               102,615,119   363794738  220792505
R  R-DATE FILED BATC DEL-DT  TAX AMOUNT FACTOR   NEW ILL CAP    AR CAP
8 111497 122397 9999          1,021.84 0.009958

9 111398            022099              1.000000


EV                          STOCK INFORMATION
   CLASS COMMON             AUTH         1000 PAR VAL       .01000
   ERIES                    ISSUED       1000.000   VOTING RIGHTS Y


SFC

                                     NCTR   07/15/98   112
```



STATE OF ILLINOIS
Office of the Secretary of State

I hereby certify that this is a true and correct copy, consisting of _one_ pages, as taken from the original on file in this office.

*Jesse White*

JESSE WHITE
SECRETARY OF STATE

DATED: *Septenber 24, 1999*

BY: *Barbara Leppert*

**AIG**

**American International Companies®**

EXECUTIVE OFFICES
Pine Street
New York, NY 10270
Tel: (212) 770-7000

Mailing Address:
DBG Legal Services
Product Support & Regulatory Affairs
160 Water Street, 24th Floor
New York, NY 10038

VIA FACSIMILE AND REGULAR MAIL

July 22, 1998

Mark A. Smith
Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767-0001

RE:    Complainant:        Jimmie Small
       Your File No.:      98 6154
       Our File No.:       IL NU 98 4961
       Company:            National Union Fire Insurance Co. of Pittsburgh,
                           PA. ("National Union")
       Insured:            Travelodge of Quincy (N.L. Hotels)

Dear Mr. Smith:

This letter is offered in response to your inquiry of July 8, 1998 regarding the above-referenced matter.

Mr. Small raises several issues in his complaint. AIG Claim Services, Inc. ("AIGCS") has conducted an investigation into this complaint regarding the issues that are relevant to Mr. Small's compensation case. This response does not address other issues adverted to in Mr. Small's correspondence which are unrelated to National Union's responsibilities with regard to this claim.

Mr. Small sustained a laceration to his left thumb on 3/25/96 while employed by Travelodge of Quincy. This claim #158-065025 was reported in a timely manner and is compensable under Illinois Workers' Compensation Statutes.

Blessings Hospital in Quincy Illinois provided medical services to Mr. Small. Travelodge paid a total of $218.17 to Blessings Hospital for medical services rendered. AIG then paid those same billings directly to Blessing Hospital on 10/16/96. Blessing Hospital endorsed those checks directly to Mr. Small.

After AIG learned that Travelodge made payment, AIG put a stop payment on the said checks on 11-1-96, however, Mr. Small had already cashed AIG's checks on 10/30/96.



69423 (1/98)

JUL 22 1998 11:45 FR AIG DBG LEGAL          212 820 4849 TO 91217   3020        P.03/03

Mark A. Smith
Illinois Department of Insurance
July 22, 1998
Page two

Mr. Small has filed an Application for Adjudication of claim in Illinois under Industrial Commission number 98-WC-032095. AIGCS has retained Heyl Royster Voelker & Allen in Springfield, IL to defend Travelodge.

Two other applications # 98-WC-7078 and # 98-WC-20659 have been filed by Mr. Small with the Illinois Commission. Both of these alleged injuries are a result of an alleged assault and battery by a fellow employee. The assault and battery was never reported to the employer and an investigation is pending.

An offer was made in the amount of $1,500 to settle Mr. Small's lacerated finger claim #158-065025 and all pending actions before the Illinois Industrial Commission. Mr. Small rejected this offer and made a demand of $5,000 to settle only the finger laceration claim. AIGCS rejected this request.

We are continuing to negotiate a settlement with Mr. Small.

I trust that all of the issues that were raised by Mr. Small that pertain to efforts by National Union to settle his claim have been adequately addressed. Please do not hesitate to contact me if you have any further questions.

Sincerely,

Sarah M. Patterson

Sarah M. Patterson
DBG Legal Services

# HEYL ROYSTER
## VOELKER & ALLEN

Suite 575
First of America Center
P.O. Box 1687
Springfield, Illinois 62705
Fax (217) 523-3902
(217) 522-8822

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

GARY M. PEPLOW
DUNCAN B. COOPER, III
ROBERT V. DEWEY, JR.
BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
JOHN A. ESS
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM L. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
PATRICK J. LONDRIGAN
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
KURT M. KOEPKE
ROBERT D. ROWLAND
MATTHEW S. HEFFLEFINGER
FRED G. HEIDRICH
ROY O. GULLEY
JOHN C. MULGREW, JR.
ROBERT T. BRUEGGE
WILLIAM J. BECKER
GARY W. COX
EDWARD K. JOHNSTON
DANIEL S. HALL
JOHN R. HOMICK
ELIZABETH W. CHRISTENSON
DAVID A. PERKINS
JANET E. LAWRENCE
STEVEN C. RAHN
LISA A. LaCONTE
JOHN E. KERLEY
MARK J. McCLENATHAN
CHARLES D. McCANN
ELAINE MASSOCK
JOHN D. LAMPHIER
BRAD A. ELWARD
CHRISTINE M. McCLIMANS
JON F. GRABOWSKI V
CRAIG L. UNRATH
JAMES J. MANNING
JAMES A. TELTHORST
SUSAN HOPPES-HUNT
SARAH M. WITT
JEFFREY A. MOLLET
MARK D. HANSEN
MATTHEW S. MORRISON
BRADLEY J. SCHREIBER
PATRICIA M. GIBSON
TONEY J. TOMASO
THERESA M. THOMASON
TODD J. TAYLOR
JENNIFER B. JOHNSON
KEITH E. FRUEHLING
JAY E. ZNANIECKI
MARK A. LUDOLPH
MATTHEW D. WALKER
LORI P. HELTZMANN
BENJAMIN A. SWIFT

OF COUNSEL
LEE W. ALLEN
RICHARD N. MOLCHAN

CLARENCE W. HEYL
(1884-1968)

JOE P. ROYSTER
(1907-1985)

WILLIAM J. VOELKER, JR.
(1917-1995)

August 12, 1998

Mr. Jimmie E. Small
c/o Scott Small
R.R. 1, P. O. Box 110
Downing, MO 63536

IN RE:    Jimmie E. Small v. Travelodge of Quincy #162
          Our File  :   7-K 2952

Dear Mr. Small:

Enclosed are the original and five copies of the proposed settlement contract in this case. The terms of settlement are on the backside of the settlement contract. We have noted in the terms that the settlement for $1,750.00 resolves any and all claims that you might have against Quincy Travelodge arising out of the Illinois Workers' Compensation Act. We specifically added additional language to the terms of settlement indicating that the parties specifically agree that you do not waive any cause of action that you might have against Quincy Travelodge under any theory other than the Illinois Workers' Compensation Act. In our opinion, the settlement terms clearly set out that the settlement is limited exclusively to Quincy Travelodge's workers' compensation liability to you.

As of this letter, the settlement contract can be approved at the Jacksonville workers' compensation docket call on August 20, 1998. The Jacksonville docket call takes place at the Jacksonville Municipal Building located at 200 W. Douglas in Jacksonville. The docket call is located in the City Council Chambers located on the second floor. Arbitrator White is on vacation, therefore there is no actual docket call that day. Instead, Arbitrator Neva Neal will be present to handle emergency petitions that may be on file. The Industrial Commission has informed us that we can get the settlement contract approved that morning. If for some reason Arbitrator Neal is not going to be in Jacksonville on August 20, we will let you know immediately. If that happens, the settlement contract would have to be approved in Quincy on September 8.



HEYL ROYSTER
VOELKER
& ALLEN

Mr. Jimmie E. Small
Our File:    7-K 2952
August 12, 1998
Page 2

We have signed the original and copies of the settlement contract on behalf of Quincy Travelodge. We ask that you sign the original and copies on line 33 and bring the original and copies with you to the Jacksonville docket call on August 20. We ask that you be there at 8:45 a.m. We should be able to get the settlement contract approved by Arbitrator Neal rather quickly. If you have any questions, please contact us at your convenience. We look forward to seeing you in Jacksonville on August 20.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

COPY

By: _____
        Daniel R. Simmons

DS/cc

Enclosure

cc:  Mr. Jim Revis
        AIG Claim Services, Inc.
        P. O. Box 5019
        Springfield, IL  62705

STATE OF ILLINOIS
## DEPARTMENT OF INSURANCE
320 WEST WASHINGTON STREET
SPRINGFIELD, ILLINOIS 62767-0001

August 3, 1998

JIM EDGAR
GOVERNOR

ARNOLD DUTCHER
ACTING DIRECTOR

**FILE NUMBER 98-6154**
**must be stated in any contact**
**with the Department.**

Jimmie Small
P.O. Box 133
Quincy, Illinois  62306-0133

      Re:    National Union Fire Insurance Company of Pittsburgh

Dear Mr. Small:

The above named company has responded to your consumer complaint of July 2, 1998. A copy of their response is enclosed for your review. I feel it is self-explanatory, in that it explains the company's position.

The Illinois Department of Insurance has no statutory authority over the outcome of workers compensation claims. All we can do in a situation such as this, is obtain a response from the insurance company and register the complaint. The complaint is now on record.

The Illinois Industrial Commission is the state agency which has jurisdiction in these matters. As per the response, this issue is now pending before the Industrial Commission.

Regarding Royal Insurance Company, please be advised this complaint has now been voided, as they have nothing to do with your claim. According to Royal Insurance Company, they provided coverage for your employer from July 1, 1986 through July 1, 1988. Obviously, they would not be involved in your claims.

If you are represented by legal counsel, I would suggest you stay in contact with your attorney until this issue is resolved at the Industrial Commission.

              Very truly yours,

              Mark A. Smith
              Insurance Analyst
              Consumer Services
              (217) 785-1080

MAS:klh
Enclosure



ALL QUESTIONS MUST BE ANSWERED
(Type or Print)

**SETTLEMENT CONTRACT**
**LUMP SUM PETITION AND ORDER**
(File four copies of this form)

STATE OF ILLINOIS
INDUSTRIAL COMMISSION
100 WEST RANDOLPH STREET
SUITE 8-200
CHICAGO, ILLINOIS 60601

Case #
1/  97 WC 50722
    98 WC 7078
    98 WC 20858
    98 WC 32098

_MMIE E. SMALL
        Employee - Petitioner

——— vs. ———

_AVELODGE OF QUINCY #162              Setting:       QUINCY
        Employer - Respondent        Workers' Compensation    X
                                     Occupational Disease ____

resolve the dispute about the benefits to which the Petitioner is entitled under the Illinois Workers' Compensation or Occupational
_eases Acts, we, the undersigned, represent the following statements to the Industrial Commission. The statements are not binding
parties if this Settlement Contract is not approved.

| | | | Answer unshaded questions below: | | |
|---|---|---|---|---|---|
| _ation of Accident  QUINCY, IL | | | Setting Code | 2/ | |
| _MPORARY TOTAL DISABILITY | | | Fatal | 3/ | ( ) Yes  ( X ) No |
| _ployee was temporarily totally disabled: | | | If fatal, date of death | 4/ | |
| m:  NONE PAID | | | Pro Se | 5/ | ( X ) Yes  ( ) No |
| _mpensation WAS PAID for: | | | State of Illinois Employee | 6/ | ( ) Yes  ( X ) No |
| _eks: | | | Employer U# | 7/ | |
| _e:  $150.00 | | | Employer Loc. Code | 8/ | |

_MMIE E. SMALL
        Petitioner (Employee)

P. O. BOX 133          11/  QUINCY          12/ IL   13/ 52306
        Address              City              State   Zip Code

                Employee Phone #     14/  ( 217 ) 222 - 0430

_AVELODGE OF QUINCY #162
        Respondent (Employer)

_200 SOUTH 3RD STREET      17/  QUINCY      18/ IL   19/ 52301
        Address              City              State   Zip Code

| | | | Answer unshaded questions below: | | |
|---|---|---|---|---|---|
| _DICAL | | | Social Security # | 20/ | 490 - 48 - 9758 |
| _ployer has paid all medical bills:  ( X ) Yes  ( ) No | | | Sex | 21/ | MALE |
| _o, Employer has not paid: | | | Marital Status | 22/ | SINGLE |
| Doctor bills of $ _____ | | | Dependents (Under 18) | 23/ | ONE |
| Hospital bill of $ _____ | | | Birthdate | 24/ | 4 - 22 - 45 |
| Other medical bills of $ _____ | | | Average Weekly Wage | 25/ | $ 240.00 |
| Total medical bills not paid by Employer $ _____ | | | ACCIDENT DATE | 26/ | A) 3-25-96 & B) 4-11-96 |
| | | | Accident # | 27/ | |
| _w did accident or | | | | | |
| _ess occur (type)?   A) WORKING ON A SHOWER DOOR AND B) ALLEGED ASSAULT | | | | 28/ | |
| _D BATTERY | | | | | |
| _t of body affected?  A) LEFT THUMB AND B) EMOTIONAL DISTRESS | | | | 29/ | |
| _ture of injury?  A) LACERATION AND B) EMOTIONAL DISTRESS | | | | 30/ | |

_l employee return to his regular work for     Employer Notified    31/  ( X) Orally   ( ) Written
_spondent? ( ) Yes ( X ) No _____            Return to work Date   32/  N/A

_o, explain why and describe type of work employee is doing,
_ge he is earning and name and address of current employer  PETITIONER WAS TERMINATED BY RESPONDENT
_____

_ following award by an Arbitrator or a Commissioner of the Industrial Commission was made on NO AWARD
_T.T.: _____ (b) Permanency: _____ (c) Medical expenses: _____ (d) Other: _____

_ore Petitioner signed an Attorney Representation Agreement, Respondent or his agent offered in writing to pay Petitioner
_OFFER MADE as compensation for permanent disability caused by this injury.

THIS IS A TRUE AND EXACT COPY OF THE CURRENT INDUSTRIAL COMMISSION FORM IC-6 (3/87) IL 843-0329

23      56

NT AGREES TO PAY AND PETITIONER AGREES TO ACCEPT $1,750.00 IN LUMP SUM, IN FULL AND FINAL
NT OF ALL CLAIMS FOR COMPENSATION, MEDICAL, HOSPITAL AND OTHER EXPENSES, PAST, PRESENT OR
KNOWN OR UNKNOWN, FOR ANY AND ALL ACCIDENTS AND CLAIMS ARISING UNDER THE ILLINOIS WORKERS'
SATION ACT AT ANY TIME PRIOR TO THE APPROVAL OF THIS CONTRACT, INCLUDING, BUT NOT LIMITED TO, THE
TS DESCRIBED HEREIN. THIS SETTLEMENT IS ARRIVED AT ON THE BASIS OF 12.15 WEEKS OF PERMANENT
SABILITY AT $144.00 PER WEEK REPRESENTING 17.35% OF THE LEFT THUMB. THIS SETTLEMENT APPLIES ONLY
THE PETITIONER MIGHT HAVE AGAINST THE RESPONDENT PURSUANT TO THE ILLINOIS WORKERS'
ON ACT. THE PARTIES AGREE THAT THE PETITIONER DOES NOT WAIVE ANY CAUSE OF ACTION THAT HE
VE AGAINST THE RESPONDENT ON THE BASIS OF ANYTHING OTHER THAN THE ILLINOIS WORKERS'
SATION ACT. THE PARTIES AGREE THAT THE SETTLEMENT IS FAIR AND THAT IT MEETS THE PROVISIONS OF THE
S WORKERS' COMPENSATION ACT. REVIEW UNDER SECTION 19(h) AND ALL RIGHTS UNDER SECTION 8(a) OF THE
E EXPRESSLY WAIVED BY THE PARTIES HERETO.

| | | FOR COMMISSION USE ONLY: |
|---|---|---|
| rt of a doctor who examined or treated the employee is attached.) | | |
| Total dollar amount of settlement: | $ 1,750.00 | |
| Deductions: Attorneys' fees: | $ | |
| Doctor Report & X-rays: | $ | |
| Court Reporter: | $ | |
| Other (describe): | $ | |
| ount of money Employee will receive: | $ | |

RSTAND THAT I CAN PRESENT THIS SETTLEMENT TO THE ILLINOIS INDUSTRIAL COMMISSION IN PERSON. I
STAND THAT BY SETTLING THIS CLAIM I AM GIVING UP:
Y RIGHT TO SUBMIT MY CASE TO ARBITRATION;
Y RIGHT TO HAVE THE DECISION OF THE ARBITRATOR SUBMITTED TO THE COMMISSION FOR REVIEW;
Y RIGHT TO ANY FURTHER MEDICAL TREATMENT FOR THE RESULTS OF THIS INCIDENT AT MY EMPLOYER'S
E;
HE RIGHT TO ADDITIONAL BENEFITS IF MY CONDITION WORSENS FURTHER AS A RESULT OF THIS INCIDENT.
READ THIS DOCUMENT. I UNDERSTAND ITS TERMS AND SIGN IT VOLUNTARILY.
ST THAT A LUMP SUM ORDER BE ENTERED ON THE GROUNDS THAT I BELIEVE IT TO BE IN MY BEST INTEREST.

33/ PETITIONER'S SIGNATURE _Lennie E. Small_ DATE _Aug 20, 19 88_

ATTORNEY WHO IS KNOWLEDGEABLE OF THE TERMS OF THE ILLINOIS WORKERS' COMPENSATION ACT AND
NAL DISEASES ACT. BASED ON THE INFORMATION REASONABLY AVAILABLE TO ME, I RECOMMEND THIS
T AND LUMP SUM PETITION BE APPROVED.

| | | | |
|---|---|---|---|
| tioner's Attorney | 36/ | 37/ | 38/ |
| Address | City | State | Zip Code |
| | | 39/ | |
| Signature | Date | | ( ) Telephone # |

DENT AGREES TO THE TERMS OF THIS SETTLEMENT. IF THIS SETTLEMENT IS APPROVED BY THE ILLINOIS
RIAL COMMISSION, RESPONDENT WILL MAKE HIS PAYMENT IN ACCORDANCE WITH THE TERMS OF THIS
MENT TO THE PETITIONER OR HIS ATTORNEY WITHIN A SHORT PERIOD OF TIME AFTER RECEIPT OF THE
MENT SIGNED BY THE COMMISSION.

NIEL R. SIMMONS                  HEYL, ROYSTER, VOELKER & ALLEN #265
Respondent's Agent or Attorney
E FIRST OF AMERICA, P.O. BOX 1687     42/ SPRINGFIELD     43/ IL  44/ 62705
Address                              City               State   Zip Code
Signature                            8.2.98            ( 217 ) 522-8822
                                     Date              Telephone #

## LUMP SUM SETTLEMENT ORDER

x a lump sum settlement having been filed by the parties hereto and a proper showing having been made, it appears to the Commission
best interest of the parties that the settlement be approved and compensation be paid in a lump sum. It is therefore ordered by the
n that the compensation herein be (commuted to and) paid in a lump sum of $ 1,750.00 in accordance with the provisions of Section
nois Workers' Compensation and Occupational Diseases Act. It is further ordered that this cause be and the same is hereby dismissed.

-20-98                           APPROVED AND CERTIFIED BEFORE
                                 _[signatures]_

                                 ARBITRATOR

32

24

# Supplement to Settlement Contract Lump Sum Petition and Order

### Did employee return to his regular work for respondent?
### ( ) Yes        ( X ) No
### If no, explain and describe type of work employee is doing, wage he is earning, and name and address of current employee

A.) Petitioner is not presently employed, earning no wage;

B.) Petitioner was terminated by Respondent Travelodge on 04/11/95, Terminated on the 6th day following receipt of report/claim of Industrial work accident on 03/25/95;

C.) Terminated 6 days following alleged delay in filing injury claim (Respondent asserts employee was terminated for failing to file claim injury until 4-5 days after occurrence). See employer's first report of injury or disease, Ind. comm. form #45, 03/27/95

D.) Terminated by Respondent some 45 days following alleged assault by co-worker. Employee suggests he might file a worker's compensation claim for injury.

E.) Illinois Worker's Compensation Act provides employee 45 statutory days to file laceration to left thumb and alleged assault injury free from Termination Action.

F.) Petitioner explains further to the commission adjudication that Respondent did not warn employee that his conduct in reporting $127.00 hospital patient bill (industrial claims) would likely result in Termination from employment on 04/11/95.

G.) Petitioner, pro se explains further, that Respondent Travelodge has knowingly elected not to recall or rehire employee Small some 2 1/2 years subsequent to employee's action in causing case #'s 1/97 WC 50722; 98 WC 7078; 98 WC 20659; 98 WC 32095 to be docekted before the state of Illinois, Industrial Commisiion Chicago, Illinois, an inviolate statutory right.

H.) Petitioner and Respondent desire by submitting this application for settlement order, respectfully request that the industrial commission, Arbitrator Neal take judicial notice of the facts upon which the parties herein agree in context to relevant rules, regulation and laws regarding disputed, compromise and mutual settlement of issues.

I.) The parties herein stipulate that the attached supplement to settlement order is submitted for the purpose of providing further clarification to arbitrator Neal, specific facts arising out of claim injury employee's involuntary work separation and failure to return to regular work for respondent. Facts herein not disputed.

J.) That based on petitioner pro se's studied professional judgment this supplement to application for settlement order provide relevant and germane facts uponwhich previous settlement orders have been entered by mutual consent approved by the commission under applicable legal standards.

K.) Petitioner acknowledges receipt and acceptance of $1,750.00 from counsel for Respondent upon signing this application for settlement order on August 20, 1998.





Wherefore, the parties herein affix their signature of approval for
submission to Arbitrator Neal.


DANIEL R. SIMMONS
Counsel for Respondent
575 First of America,
P.O. Box 1687
Springfield, IL 62705


JIMMIE E. SMALL
Petitioner, Pro Se
P.O. Box 133
Quincy, IL 62306-0133

2

Mr. Daniel R. Simmons
Counsel for Respondent
P.O. Box 1687
Springfield, Illinois 62705

Re: Application for Settlement Order (supplement)

August 18, 1998

Dear Mr. Simmons,

Thank you for your courtesy and assistance in arranging the August 20, 1998 docket call, at my request.

Please find enclosed for your perusal a proposed supplement to commission forms IC-5.

The petitioner offers the supplement for the purpose of further explanation of the factual grounds for the employee's failure to return to his regular work schedule following specific reports and claims more specifically set out in the filed applications for adjustment of claims.

It is respectfully suggested that if Respondent declines to acquiesce to the supplement as presented, then petitioner suggests the following alternatives.

    A.)    Pass the scheduled August 20, 1998 docket at Jacksonville, IL.

    B.)    Attend the September 8, 1998 scheduled docket in Quincy, IL.

    C.)    Present final judgment, transcripts, memos, orders, decisions, etc. Which support the validity and merit to the enclosed supplement to form IC-5.

Please be advised that I plan to call Mr. Revis in regard to the enclosed supplement, prior to August 20, 1998.

Your kindness, courtesy and assistance is genuinely appreciated.

Respectfully Submitted

*Jimmie E. Small*

JIMMIE E. SMALL
Petitioner Pro Se
P.O. Box 133
Quincy, IL 62306

Served by FAX to Mr. Simmons at (217) 523-3902

Form **BCA-13.40**  |  APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN ILLINOIS

lev. Jan. 1995)

File # 5865-421-3

**FILED**

JUL 15 1998

GEORGE H. RYAN
SECRETARY OF STATE

George H. Ryan
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 782-1837

Remit payment in check or money order, payable to "Secretary of State."

**SUBMIT IN DUPLICATE**

This space for use by Secretary of State

Date 07-15-98

Filing Fee $ 25.00

Approved: MR

---

1. (a) CORPORATE NAME: _____ Chartwell Lodging Inc. _____

   (b) ii changed, NEW CORPORATE NAME: _____ WW Lodging Inc. _____ (MR)

   PAID
   JUL 15 1998

   (c) (Complete only if the new corporate name is not available in this state.)
   ASSUMED CORPORATE NAME: _____
   (By electing this assumed name, the corporation hereby agrees NOT to use its corporate name in the transaction of business in Illinois. Form BCA 4.15 is attached.)

---

2. (a) State or Country of Incorporation: _____ Delaware _____

   (b) If changed, Period of Duration: _____

---

(a) If changed, Purpose or Purposes proposed to be pursued in transacting business in this State:
(If not sufficient space to cover this point, use reverse side or add one or more sheets of this size.)

**EXPEDITED**

JUL 15 1998

SECRETARY OF STATE

---

4. This application is accompanied by a copy of the articles of Amendment to the Articles of Incorporation, if any, as evidence of any change of name, duration or purpose reported herein, such copy being duly authenticated by the proper officer of the state or country wherein the corporation is incorporated, which certification is not more than ninety (90) days old. The filing fee for the certified copy of the Articles of Amendment is $25 unless the amendment acts as a restatement of the Articles of Incorporation, in which case the filing fee is $100. In the event the statutory change was affected in a merger, a certified copy of the merger is required, plus applicable fee.

---

5. The undersigned corporation has caused this statement to be signed by its duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true. (All signatures must be in **BLACK INK**.)

Dated ___ July 1 ___, 19 98   WW Lodging Inc.
                                   (Exact Name of Corporation)

attested by _____   by _____
           (Signature of Secretary or Assistant Secretary)      (Signature of President or Vice President)

MOHAMED THOWFEEK                    MOEZ MANGALJI
(Type or Print Name and Title)      (Type or Print Name and Title)

C-196.6

Exhibit # 1

BCA-13.40

Anniversary  JANUARY      STATE OF ILLINOIS
                               Office Of                    F 5865-421-3
County  COOK               THE SECRETARY OF STATE           File Number

### CERTIFICATE OF REVOCATION OF AUTHORITY OF FOREIGN CORPORATION
### TO TRANSACT BUSINESS IN ILLINOIS

WHEREAS it appears that

CHARTWELL LODGING INC.
% PRENTICE HALL CORPORATION        050796
33 NORTH LASALLE STREET
CHICAGO, IL.  60602-2607

being a corporation organized under the laws of the State of DELAWARE

and duly authorized to transact business under the provisions of the laws of the State of

Illinois, relating to Foreign Corporations, has failed to file an annual report and pay an
annual franchise tax

as required by provisions of "The Business Corporation Act" of the State of Illinois, in

force July 1, A.D. 1984, and all acts amendatory thereof; AND WHEREAS, said acts

provided that upon failure to, file an annual report and pay an annual franchise tax

the Secretary of State shall revoke the authority of such corporation to transact business

in the State of Illinois;

NOW THEREFORE, the Secretary of State of the State of Illinois, hereby revokes the

certificate of the above corporation in pursuance of the provisions of the aforesaid Act.



IN TESTIMONY WHEREOF, I hereto set my hand and

cause to be affixed the Great Seal of the State of Illinois.

Done at the City of Springfield,

this  2 nd day of    JUNE    A.D. 1997

*George H. Ryan*

Secretary of State

H000484

YEAR OF **99**
File Prior to: **1-1-99**

### STATE OF ILLINOIS
### FOREIGN CORPORATION ANNUAL REPORT
PLEASE TYPE OR PRINT CLEARLY IN BLACK INK

CORPORATION
FILE NO. **F 5865-421-3**

**NOTE:** A Change in the registered agent and/or registered office may _only_ be effected by filing form BCA-5.10/5.20. If there have been any changes in items 6. or 7a: the enclosed BCA-14.30 _must be completed and submitted in the same envelope_

**2.)** CORPORATE NAME, REGISTERED AGENT, REGISTERED OFFICE, CITY, IL, ZIP CODE

**WW LODGING, INC.**
**% PRENTICE HALL CORPORATION**
**33 NORTH LASALLE STREET**
**CHICAGO, ILLINOIS 60602-2607**

# FILED
## OCT 06 1999

COOK
COUNTY

JESSE WHITE
SECRETARY OF STATE

**3a.)** State or Country of incorporation: **DELAWARE**   **3b.)** Date Qualified To Do Business in IL:

**4.)** The names and residential addresses of ALL officers & directors MUST be listed here!

| OFFICE | NAME | NUMBER & STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| President | Daniel M Neidich | 120 East End Ave., Apt 7A | NY | NY | 10028 |
| Secretary | Kevin D Naughton | 44 Amherst RD | Port Washington | NY | 11050 |
| Treasurer | David M Weil | 19 East 80th St. Apt 8B | NY | NY | 10021 |
| Director | Michael Klingher | 141 Godfrey RD East | Weston | CT | 06883 |
| Director | | | | | |
| Director | | | | | |

**5.)** If 51% or more of the stock is owned by a minority or female, please check appropriate box.   ☐ Minority Owned   ☐ Female Owned

**6.)** Number of shares authorized and issued (as of                     ):

| CLASS | SERIES | PAR VALUE | NUMBER AUTHORIZED | NUMBER ISSUED |
|---|---|---|---|---|
| Common | | .01000 | 1000 | 1000.000 |
| | | | | |
| | | | | |
| | | | | |

**IMPORTANT!** Whenever the amount in Item 6 or 7a differs from the Secretary of State's records, the enclosed BCA 14.30 must be completed.

**7a.)** The amount of paid-in capital as of **10/31/98**   102,615,119

**7b.)** The Paid-In Capital on record with the Secretary of State is: $ **102,615,119.**

> (Paid-In Capital reflects the sum of the stated Capital and Paid-In surplus accounts.)

**8.)** By _Walid Hazz_   **Ass't Secretary**   **8/16/99**
(Any Authorized Officer's Signature)   (Title)   (Date)

**RETURN TO:**
Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 782-7808
www.sos.state.il.us

## ITEM 8 MUST BE SIGNED!

Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.

# (PLEASE COMPLETE THE REVERSE SIDE OF THIS REPORT)

PRESIDENT

SECRETARY

IF THE ABOVE OFFICERS' NAMES AND ADDRESSES ARE MISSING OR HAVE CHANGED, ENTER ONLY THE ADDITIONS OR CORRECTIONS BELOW.

File No.

| | NAME | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| PRESIDENT | | | | | |
| SECRETARY | | | | | |

ENTER FEDERAL EMPLOYER IDENTIFICATION NUMBER IF NOT PRINTED ▪

Form **BCA-12.45/** ₂ **APPLICATION FOR REINSTATEMENT**
of
**13.60**  **DOMESTIC OR FOREIGN CORPORATIONS**

Rev. Jan. 1999)

File # **F 5865-421-3**

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
http://www.sos.state.Il.us

This space for use by Secretary of State

**SUBMIT IN DUPLICATE!**

Payment must be made by certi-
fied check, cashier's check, Illinois
attorney's check, Illinois C.P.A.'s
check or money order, payable to
"Secretary of State."

**FILED**

OCT 06 1999

JESSE WHITE

**This space for use by
Secretary of State**
Date    10-6-99
Filing Fee        $ 100.00
Approved:        5r

1.  (a)  Corporate name as of the date of issuance of the certificate of dissolution or revocation:

WW LODGING  INC.

**PAID**

OCT 1 2 1999

    (b)  Corporate name as changed: _____

_____ *(Note 1)*

    (c)  If a foreign corporation having a certificate of authority under an assumed corporate name restriction, the
assumed corporate name: _____

_____ *(Note 2)*

2.  State of incorporation:  **DELAWARE**

3.  Date that the certificate of dissolution or revocation was issued:  **JUNE 1, 1999**

4.  Name and address of the Illinois registered agent and the Illinois registered office, upon reinstatement: *(Note
3)* NOTICE! Completion of Item #4 does not constitute a registered agent or office change. See note #3 on
back of this form.

Registered Agent    **PRENTICE HALL CORPORATION SYSTEM, INC.**
                    *First Name*          *Middle Name*              *Last Name*

Registered Office   **33 NORTH LASALLE STREET**
                    *Number*      *Street*      *Suite # (A P.O. Box alone is not acceptable)*

                    **CHICAGO, ILLINOIS 60602**        C OOL C
                    *City*              *ZIP Code*            *County*

5.  This application is accompanied by all delinquent report forms together with the filing fees, franchise taxes,
license fee and penalties required.

6.  The undersigned corporation has caused this statement to be signed by its duly authorized officers, each of whom
affirms, under penalties of perjury, that the facts stated herein are true. (All signatures must be in **BLACK INK**.)

Dated _____ , _____    **WW LODGING, INC.**
        *(Month & Day)*              *(Year)*            *(Exact Name of Corporation)*

attested by _____    by _____
        *(Signature of Secretary or Assistant Secretary)*      *(Signature of President or Vice President)*

**NAHID HAMZEI, Asst. Sec.**        **MOEZ MANGALJI, Vice Pres.**
        *(Type or Print Name and Title)*              *(Type or Print Name and Title)*

1267.1240

File Number 5865-421-3

# State of Illinois
## Office of
## The Secretary of State

**Whereas,**      THE REINSTATEMENT OF
                  WW LODGING INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE HAS BEEN FILED
IN THE OFFICE OF THE SECRETARY OF STATE AS PROVIDED BY THE BUSINESS
CORPORATION ACT OF ILLINOIS, IN FORCE JULY 1, A.D. 1984.

Now Therefore, I, Jesse White, Secretary of State of the State of Illinois, by virtue of the powers vested in me by law, do hereby issue this certificate and attach hereto a copy of the Application of the aforesaid corporation.

**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, at the City of Springfield, this 6TH day of OCTOBER A.D. 1999 and of the Independence of the United States the two hundred and 24TH

_Jesse White_
Secretary of State

212.3

1138.0781

ımber    5865-421-3

# State of Illinois
## Office of
## The Secretary of State

**Whereas,**    APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY OF
WW LODGING INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE HAS BEEN FILED
IN THE OFFICE OF THE SECRETARY OF STATE AS PROVIDED BY THE BUSINESS
ORPORATION ACT OF ILLINOIS, IN FORCE JULY 1, A.D. 1984.

Now Therefore, I, George H. Ryan, Secretary of State of the State of
Illinois, by virtue of the powers vested in me by law, do hereby issue
this certificate and attach hereto a copy of the Application of the
aforesaid corporation.

**In Testimony Whereof,** I hereto set my hand and cause to be
affixed the Great Seal of the State of Illinois,
at the City of Springfield, this    15TH
day of    JULY    A.D. 19  98    and of
the Independence of the United States the two
hundred and    23RD    .



*George H. Ryan*

Secretary of State

212.2

Anniversary **JANUARY**          **STATE OF ILLINOIS**
                              Office Of                              F 5865-421-3
County   **COOK**          **THE SECRETARY OF STATE**          File Number

## CERTIFICATE OF REVOCATION OF AUTHORITY OF FOREIGN CORPORATION TO TRANSACT BUSINESS IN ILLINOIS

WHEREAS it appears that

WW LODGING INC.
% PRENTICE HALL CORPORATION          050796
33 NORTH LASALLE STREET
CHICAGO, IL.  60602-2607

being a corporation organized under the laws of the State of DELAWARE

and duly authorized to transact business under the provisions of the laws of the State of

Illinois, relating to Foreign Corporations, **has failed to file an annual report and pay an annual franchise tax**

as required by provisions of "The Business Corporation Act" of the State of Illinois, in

force July 1, A.D. 1984, and all acts amendatory thereof; AND WHEREAS, said acts

provided that upon failure to, **file an annual report and pay an annual franchise tax**

the Secretary of State shall revoke the authority of such corporation to transact business

in the State of Illinois;

NOW THEREFORE, the Secretary of State of the State of Illinois, hereby revokes the

certificate of the above corporation in pursuance of the provisions of the aforesaid Act.



IN TESTIMONY WHEREOF, I hereto set my hand and

cause to be affixed the Great Seal of the State of Illinois.

Done at the City of Springfield,

this   1 st day of   JUNE   A.D. 1999

H000543

*Geue White*
Secretary of State

*Daniel R. Simmons*
*Counsel for Respondent*
*P.O. Box 1687*
Springfield, Illinois 62705

*[handwritten] 54 E*
*[handwritten] 82-Dec-30-8(6) REHIRE:*
*[handwritten] Handdelivered to #162*
*[handwritten] Quincy Travelodge*
*[handwritten] 02-22-1999.*
*[handwritten] To: Mr. Fuller*

Re: Application for Settlement Order (supplement)

*[handwritten] J.E.S.*
*[handwritten] 6 pages*

August 18, 1998

Dear Mr. Simmons,

    Thank you for your courtesy and assistance in arranging the August 20, 1998 docket call, at my request.

    Please find enclosed for your perusal a proposed supplement to commission forms IC-5.

    The petitioner offers the supplement for the purpose of further explanation of the factual grounds for the employee's failure to return to his regular work schedule following specific reports and claims more specifically set out in the filed applications for adjustment of claims.

    It is respectfully suggested that if Respondent declines to acquiesce to the supplement as presented, then petitioner suggests the following alternatives.

    A.)    Pass the scheduled August 20, 1998 docket at Jacksonville, IL.

    B.)    Attend the September 8, 1998 scheduled docket in Quincy, IL.

    C.)    Present final judgment, transcripts, memos, orders, decisions, etc. Which support the validity and merit to the enclosed supplement to form IC-5.

    Please be advised that I plan to call Mr. Revis in regard to the enclosed supplement, prior to August 20, 1998.

    Your kindness, courtesy and assistance is genuinely appreciated.

Respectfully Submitted

*Jimmie E. Small*

JIMMIE E. SMALL
Petitioner Pro Se
P.O. Box 133
Quincy, IL 62306

Served by FAX to Mr. Simmons at (217) 523-3902

*[handwritten] 32*    *[handwritten] 35*



**QUINCY TRAVELODGE** • 200 South 3rd Street • Tel (217) 222-5620 • Fax (217) 224-2582

RECEIVED
*airborne*
MAY 2 5 1999

M L H

MLH'S
COPY

May 24, 1999

Matthew L. Hoeg
Mayor, Day, Caldwell & Keeton, L.L.P.
700 Louisiana, Suite 1900
Houston, Texas 77002-2778

Re.: Jimmy Small vs. Quincy Travelodge

Dear Mr. Hoeg:

As manager of the Quincy Travelodge, I have been asked to forward to you the summons we received earlier this month.  In addition I am also forwarding a Notice of Charge which we received this morning via Certified Mail.

While I was not employed at the Quincy Travelodge at the time of Mr. Small's dismissal, I am aware of some aspects in this matter.  I have been the manager here in Quincy since August 17, 1998 and have seen Mr. Small on 3 occasions since that date.  On each occasion Mr. Small has been referred to the Westlodge corporate offices in El Cajon.

Should you have any question regarding this matter, please do not hesitate to contact me.  I will be happy to assist you in any way possible to insure this matter is resolved as quickly as possible.

Sincerely,

Thomas J. Fuller
General Manager
Quincy Travelodge

Cc: file

(15)



Travelodge

iNCY TRAVELODGE • 200 South 3rd Street • Tel (217) 222-5620 • Fax (217) 224-2582

10/5/98

Mr. Coller

This is a letter that was delivered to us
yesterday by Mr. Small.

It is my understanding that Mr Higgins was handling
this matter in the past. Since I was transferred
to Quincy in August 1998, I have very limited
knowledge of this case that this has been an
ongoing dispute since his termination and
that he has filed several complaints with
the courts. I have gone through the file
I have here at the property but I can't
figure out what he is trying to get from
us!

Tom Fuller
GM
Quincy TL

⑯

Page 2C   Tuesday, May 18, 1999    FIED

The Quincy Herald-Whig

## 3010 Help Wanted

**DRIVERS –**
Now taking applications for ready- mix drivers. Must have CDL & be DOT qualified. Must work well with the public. Apply in person @
**Bleigh Ready Mix Company**
4530 Parie Gravel Road,
Hannibal, MO 63401
EOE M/F

---

**DRIVERS NEEDED**
Benefits are:
• paid actual miles
• paid layovers
• paid breakdown
• paid loading & unloading
• paid safety bonuses
Requirements:
• 23 yrs. or older
**Dyno Nobel Transportation**
1353 W. Washington St.
Pittsfield, IL 62363
800-359-8552

---

**DRIVERS WANTED** hauling live stock only. Consult driver
**HORSEBACK RIDING INSTRUCTORS** - Must be 18 yrs. or a High School Grad. Youth Camp for girls, June 6th - July 18th.
EOE 217-222-1030

---

**HOURLY COMPANIONS** needed for all shifts, apply in person only. WCU Building, 540 Maine, Room 824. EOE

---

**HOUSEKEEPER, PART-TIME,** - Must be 18 yrs. or Weekends required. Apply in person son. Travelodge, 200 South 3rd. St., June 6th - July 217-222-1030

---

**HVAC SERVICE & Installer.** Must have 2 year experience in residential. $20-30K, benenfits, health insurance, paid vacation & holidays. House to reside in. We are a mechanical contractor in a smaller town. This is a year round employment. Send or fax resume to: Tarter Brother Inc.
600 Broadway St., Lincoln, IL 62656, Fax. 217-732-8490.

---

## 3010 Help Wanted

**LOCAL EXECUTIVE OF INTERNATIONAL COMPANY** is seeking a high achiever for a Sales & Management position. Who do you know that....
• Has positive energy & a desire to succeed
• Has a great enthusiastic attitude
• Is sports-minded & a team player
• Is goal-oriented & organized with potential to earn $35-50K 1st year
• Would be interested in executive mentorship with specialized training.
Call 1-877-231-1638 EOE/MF

---

**LOCAL FLATBED** company needs drivers to run the Midwest. Need to be 26 yrs. old, 1 year OTR experience. Please contact (660)866-2409. Can leave message 24 hours.

---

**LOOKING FOR** someone to do collections over the phone. Send reply to: P. O. Box 776, Quincy, Il 62306

---

**MAINTENANCE PERSON**
$6.50/hour, pool knowledge preferred. Apply in person at Travelodge, 200 S. 3rd. Quincy.

**MANAGEMENT POSITION** - Large west central retail grocery store seeking qualified candidates to manage bakery department.

---

## 3010 Help Wanted

**OFFICE POSITION** part time in Quincy. 7-noon , Mon. - Fri. Requirements: responsible, self-starting employee with basic computer knowledge, typing and good general office skills. Good communication and telephone skills a must $7 per hr. Contact: 309-347-7106 call 7-3:30 to set up an interview.

---

**PINKERTON'S SECURITY SERVICES** are now accepting applications for full & part time employment in the Quincy area. Those interested please call (800)274-3905 Mon. - Fri. from 8:30 am. to 4:30 pm.  EEO/AA

---

**POLICE OFFICER**
The City of Pittsfield, Illinois, is seeking applications for the position of a full-time police officer. The successful candidate must be at least 21 years of age, a high school graduate, and able to obtain a valid Illinois driver's license. The successful candidate must be willing to live in the city of Pittsfield.

Please submit a cover letter and current resume or complete an application. Applications are available at the City

---

## 3010 Help Wanted

**RESIDENTIAL TRAINER** needed to work overnights in a home for developmentally disabled or mentally ill adults. High School Grad. or GED. Must be 18. Full time with excellent fringe benefits. $6.75 to start. Applications available at 4409 Maine St. EOE

---

**RETAIL SALES Clerk,** drapery & upholstery related, part time, 20 hrs/wk, retail sales experience preferred Send reply to Box 02309, c/o Quincy Herald-Whig

---

**SALES ASSOCIATE** - to work 20 hours per week or 3 days. Must be able to work flexible hours. Excellent starting pay, good working environment. Permanent position. Apply at:
Naturalizer Shoes, Quincy Mall

---

**SALES CLERK** for Designers Again, every Sat. Send resume to 535 Maine, Quincy, IL 62301

---

**SALES CLERK,** Part time
Send reply to Box 01053,
c/o Quincy Herald-Whig

---

**SECRETARY WANTED** for growing law firm. Dictaphone transcription, computer knowl. start immediately. If you have computer knowledge and /or have worked as a cashier as we are willing to train you. This could become a full time position. Send reply to Box 02314, c/o Quincy Herald-Whig

---

## 3020 Professional Help

**COUNTRY AIRE RETIREMENT ESTATES** located in Lewistown, MO. is looking for an RN who possesses supervisory skills and is aware of the Medicare PPS system. Full time 6am-2pm. Benefits include Blue Cross Blue Shield, life insurance, two week paid vacation after completing one year of service. Absentee bonus and incentive bonus plus we are also looking for LPN's for 2-10 and 10-6 shift. If interested call 1-573-215-2216 or visit our beautiful country side facility at RR #2, Lewistown, MO 63452

---

**ILLINOIS LICENSED** Practical Nurses, and Illinois Certified Nursing Assistants, full time and temporary positions. Starting monthly salary LPN, $1760. Starting salary for CNA, $1657. Please pick up applications at the Illinois Veterans Home, 1707 No. 12th St., Quincy. For information please call 222-8641 ext. 204. Equal opportunity employer.

---

**RELIABLE, CARING** HHA or CNA for In-home care. Full time or part time. Apply in person, Rm. 206, 1125 Hampshire, Quincy. Adams County Homemakers.

---

## 3020 Professional Help

**ACCOUNTANT:** Expanding Local Manufacturer needs Accountant with minimum 5 years experience in all phases of Accounts Payable, Accounts Receivable, Payroll and General Ledger. Must also have experience in filing Sales Tax and Payroll Tax Returns. Data-Pro software experience a plus. Full benefits, ideal working conditions, and salary commensurate with experience. Provide full resume with references to Box 02317, c/o Quincy Herald-Whig

---

**ACCOUNTING POSITION** - Local company seeks motivated individual to join the accounting department for a full time entry level position. Associates degree in accounting preferred. Proficient with Windows & Microsoft Office Applications. Benefits include paid vacation, 401K & health insurance. Send resume to Craig Industries, 325 Payson Ave., Quincy, IL 62301

---

## RN/LPN

Full & part-time openings on 3 shifts available. Also Per Diem hours. Apply in person at:
**Good Samaritan Home**
2130 Harrison

---

## 3040 Sales Help

**HUNTING/FISHING/SELLING** $25K-$95K
**MANAGEMENT + BENEFITS** Company will provide in-class, expense paid training. Guaranteed income to start. FULL benefits. Call Personnel at:
217-231-1638 or fax Resume to: 314-349-3044   EOE/MF

---

**INDUSTRIAL SALESMAN** Ideal candidate should possess:
• Background in Power Transmission Sales

### CNA

ONE of the area's most attractive long term care facilities is under new administra

**CNA POSITIONS**
Samaritan Home has ... full & part time, ... & benefits ... endable and like ... people, please ... on at: ... Maine St., Quincy.

**...HER, PART** or full ... person. ... Pizzeria, 18th & State.

**...MORE IS HIRING** ... positions 1-full time ... rson & 1-full time Install- ... e construction expert ... quired. 401K, health & ... paid vacation, non- ... . Send resumes to ... e St., Quincy, Il 62301

...RE Your Unused Seasonal ... an Them Into Cash With ... From Herald-Whig Action ... 222-7600

---

## DIAL-A-F DIRECTOR

...iness Service ..2200   Miscellan
...ronics/Computers   2220   Auto/Truck
...ngraving   2230   Sandblasti
...Equip./Supplies   2250   Beauty/Bar

...UMAN
...RCES
...ISOR
...lations

## OLOGY

...uly 22) Although ... your generosity ... unaware of this ... ake up for it in ... ething extremely ... you.

...2) Even though ... d with concern, an ... can be achieved ... dark thoughts gov- ... actions.

...pt. 22) Lady Luck ... behalf today ... over after compli- ... your lack of fore- ... tic and hopeful.

...ct. 23) Keep your ... roper perspective ... up being a very ... will West know to

could be extremely productive today and that which you do, you'll do successfully. When you sense signs of tiring, however, call it quits promptly, so as not to mess things up.

**CAPRICORN (Dec. 22-Jan. 19)** As you begin to reevaluate a deal into which you've recently entered from a non-emotional perspective, you'll discover that it was not as bad as you first thought.

**AQUARIUS (Jan. 20-Feb. 19)** So long as everyone benefits in some way, a matter important to you can be successfully concluded today. Don't let selfishness on the part of any party enter into the picture.

**PISCES (Feb. 20-March 20)** Treat all aspects of your life as a game, not worrying about who's winning or losing... trouble finding the lethal lead...

*Handwritten:*
Exhibit #8
Section 3010 Classified
Ad's Quincy Herald-Whig

# The Quincy Heral[d]

Wednesday, May 19, 1999  Page 3C

## 3010  Help Wanted

**INSURANCE AGENCY** looking for someone with an insurance background, preferably in commercial property/ casualty. Job involves rating and processing renewals. Send reply to Box 02315, c/o Quincy Herald-Whig

### JOB OPPORTUNITIES
Apply at
## MANPOWER
Located at
1849 BROADWAY 224-0133

**JOIN THE MERRY MAIDS TEAM**
• Regular working hours w/weekends and holidays off.
• Competitive salaries.
• Paid Vacation, holidays and medical insurance program.
• Must have own automobile, insurance & a valid drivers license
Now taking applications for full & part-time. Call 223-6243 or stop by our office at 8th & State Plaza, #8 East, Quincy, IL.

**KITCHEN HELP-** Immediate opening, part time. Apply in person or call Cheerful Home, 315 S. 5th St. (217)228-0654.

**LIFEGUARDS** - Must be 18 yrs. or a High School Grad. Youth Camp for girls, June 6th - July 18th. EOE 217-222-1030

**LIVE IN** companion for elderly woman. No drinking, no smoking. Must be mature & responsible. References required.
223-3345

**LOCAL FLATBED** company needs drivers to run the Midwest. Need to be 26 yrs. old, 1 year OTR experience. Please contact (660)886-2409. Can leave message 24 hours.

**LOOKING FOR** someone to do collections over the phone. Send reply to: P. O. Box 776, Quincy, Il 62306

**MAINTENANCE PERSON** $6.50/hour, pool knowledge preferred. Apply in person at Travelodge, 200 S. 3rd, Quincy.

**MANAGEMENT POSITION -** Large west central retail grocery store seeking qualified candidates to manage bakery department. Salary based on experience & qualifications. Please send resume to Box 04255, c/o Quincy Herald-Whig.

## MECHANIC
Performance Auto Repair seeking experienced full-time drivability mechanic. Call Bob 228-0605.

**OFFICE POSITION** part time in Quincy, 7-noon , Mon. - Fri. Requirements: responsible, self-starting employee with basic computer knowledge, typing and good general office skills. Good communication and telephone skills a must $7 per hr. Contact: 309-347-7106 call 7-3:30 to set up an interview.

**PARAPROFESSIONAL** - needed to assist special needs student during summer school June 1-25. Potentially this employee may continue the position through 1999 -2000 school year. Also taking applications for 10 month school secretary. Applications due by May 28th.

## 6010  Unfurnished Apartments

### CONDOMINIUMS
Furnished & Unfurnished
Executive New Condos
2, 3, & 4 Bedrooms
$800-$1,500
### Harpole
Call 222-3443.

**CORNER OF 14th & Hampshire,** 2- 2 bedroom apartments $425 & $450 a mo. Water included, available end of May, call Harpole Rentals 222-3443.

**COUNTRY CLUB HEIGHTS**
1 & 2 bedroom apartments
2 & 3 bedroom townhouses
Mon-Fri 9am-5pm
217-224-7070
TDD 800-545-1833
Located at 3008 State



**GOOD SOUTH** location, newly redecorated. Stove, refrigerator water furnished, no pets. 223-9672, 228-0270 or 228-8700.

**HARPOLE RENTALS-**
1-3 bedrooms, all price ranges.
Call 222-3443.

**NEW, 32ND & State,** 2 bedroom, 1 bath, 1 car garage, laundry hook-ups. $625. (217)222-2309

**NICE** 1 bedroom, upper, central air, stove & fridge. Good location, 223-8404 /217-430-1742

**RIDGEBROOK APARTMENTS**
** WE ARE NOW OFFERING SHORT TERM LEASES! **
Spacious 1 & 2 bedrooms, carpeted, balconies/patios, laundry rooms, central air conditioning, in pool & bath house.
1601 S. 24th       223-5544

## 6020  Furnished Apartments

...sct & 3 room uppers, north & south, ...don stove, fridge, utilities furnished, ...per no pets, deposit, 222-8827
Se... **ROOMS & bath,** 826 1/2 Oak, Qu...carpeted, redecorated. Utilities ...paid, $225 (217)224-0676

RESI...E **PAYSON Ave.** 2 room efficiency, utilities furnished, $260 dev... + deposit, (217)224-5612
mer... or **APARTMENTS & EFFICIENCIES.** with... Convenient location. $6.1... Maid Service. All utilities. avail... **HOTEL QUINCY,** 222-2400

RETAI...**LEAN** 1 bedroom lower, air, off uph...street parking, private secure hrs/...entrance, no pets. 223-8116
0230 **DAYS INN Annex**
SALES... Weekly / Monthly Rates
hours...Free HBO / Cable, air con-
be a...ditioning & maid service.
Exce...Great location.
work...
nent...200 Maine St., Quincy
Natu...    217-223-6610

SA...
Sen...CIENCY, 1-2 bedroom fur-
c/...nished apartments. You can't
...beat better elsewhere for the
SECRE...same money. Call Pat 223-
ing la...585. Security, office 115 N. 8th
...scri...

## 6100  Suburban For Rent

**COUNTRY HOME,** 2 1/2 miles north of Quincy. References required. Call 223-9882.

## 6150  Wanted to Rent

**2-3 BEDROOM** house in country w/garage, w/2 outside dogs. To rent by mid-June (601)794-2858



# REAL ESTATE

## 6500  Mortgage Lenders

**PALMYRA STATE BANK**
is now doing all types of mortgage loans. Call us today for our competitive rate quotes toll free from Quincy
•393-2130•

## 6510  Real Estate Brokers

# BOWER
SALES & APPRAISALS
5th & Maine       224-1598

**CARDINAL REALTY** is looking for new listings! You will be given personal attention from Ralph C. Bottorff, Broker, Call 222-3473 or 888-345-7709

**RODEMICH REALTORS**
1201 Maine, 223-9000

## 6530  Business Commercial



**7,000 SQ.** ft. nearly new commercial building US24 & Koch's Lane, C1B zoned, off street parking, enterprise zoned-7 yrs. tax advantage remaining! For sale $441,000 or lease,
call 223-1979 or 222-2399 for brochure or tour.

## 6540  Farms & Land For Sale

**102 ACRES** 17 miles from Quincy, CRP contract, 9 more years, 6 deer stands (573)439-5678.

**ONE ACRE** on gravel road w/ electricity and an older mobile home, 4 miles, NE of Barry, IL. $5,000(217)223-3331

**PIKE COUNTY DEER FARMS** 160 acres & 155 acres. Really great hunting.! Wm. Cornwell, Realty, 223-1542

Page 2C    Thursday, May 20, 1999

# CLASSIFIED

The Quincy Herald-Whig

**3010 Help Wanted**

**CENTRAL STONE COMPANY**

Has the following position available

**FABRICATION WELDER AT THE HUNTINGTON SHOP**

Position requires 5 year minimum welding experience. Gas Metal Arc and Flux Cored Arc welding are required. Previous welding experience, Gas Metal Arc and Flux Cored Arc welding and structural knowledge of blue prints necessary. Previous certifications are a plus.

**WE OFFER**
Competitive Salary, 401K Plan, Paid Health, Dental, Vacation, and Holidays. An Equal Opportunity Employer

Send resumes to
ATTN: BILL ARSCHMANN
**CENTRAL STONE COMPANY**
PO BOX CENTRAL@GAX-LANE, INC.
4590 Paris Gravel Road,
Hannibal, MO 63401

BUY
A
BOAT!

**3010 Help Wanted**

**COUNTRY KITCHEN COMPANY**

is looking for responsible, working individuals to fill the positions of: Cooks, dishwashers, hard-workers, Hostesses and bus persons. Full time and part time positions available. Apply in person, Mon. - Thurs. 2-4pm, Hwy 61 North, Hannibal MO.

**DRIVERS—**
Apply in person.
Gem City Pizzeria, 18th & State.

**DISHWASHER, PART** or full time. Now taking applications for CDL & be DOT qualified. Must have 2 yrs. driving exp. Must work well with the public. Apply in person @
**Bergman Construction**, Camp Point, IL 62320

**HOUSEKEEPER, PART TIME.** Weekends required. Apply in person. Travelodge, 200 South Jet. 201 S. 3rd

**HVAC SERVICE & Installer.** Must have 2 years experience in residential. $20-30/hour. Must have health insurance, paid vacation, holidays. House to house in a smaller town. Prefer mechanical contractor. Year round employment. This is 3 year round. Apply, send or fax resume to: Tarter Brothers Inc., 600 Broadway St., Lincoln, IL 62656, Fax: 217-732-9490.

**COUNTER POSITIONS-** Part-time hours could possibly turn into full time. Must be dependable & reliable. Apply: Warners Dry Cleaning, 817 N. 18th St.

**COOKS —** evening shifts & part time care facility with a competent delivery history. Contact Christine Hopson Timber Point HCC 205 East Spring Camp Point, IL 217/593-7734

**3010 Help Wanted**

**GEMINI (May 21-June 20)** The results of your efforts aren't apt to a little to be desired. If you link with the wrong types, you negate what you have going for

**JOB OPPORTUNITIES**
Apply at
**MANPOWER**
1849 BROADWAY 224-0133

**LOCAL FLATBED** company needs drivers to run company transportation. Need to be 25 yrs. old atleast. OTR experience. Please contact Joseph 224-0133

**MAINTENANCE PERSON**
Now taking applications for experienced person with general maintenance knowledge preferred. Apply in person to box 0212, c/o Quincy Herald-Whig

**SIDING APPLICATORS,** must have experience, tools, must furnish transportation. Apply mornings, All Home Improvement Co., 315 N. 12th.

**3010 Help Wanted**

**LIVE IN** companion for elderly woman. No children, no smoking. Must be mature & responsible. References required.
223-3345

**SALES CLERK.** Part time
Send reply to Box 01053,
c/o Quincy Herald-Whig

**SECRETARY WANTED** for growing law firm. Dictaphone transcription and computer knowledge a must. Legal experience helpful but not necessary. Salary according to experience. Send reply to ex-

# ASTROLOGY

Friday, May 21

you're lucky when dealing with others today, your judgment may cant income supplies or not gratifying today in instances where you behave impulsively or indifferent. Conversely, sober evaluations will produce desirable results.

**CANCER (June 21-July 22)** Use your head instead of your heart when considering money issues today with people who are already indebted to you. If the accounts get too out of balance, you'll be the one who'll suffer.

**SCORPIO (Oct. 24-Nov. 22)** you're not careful today, you could get drawn into something where you'll be slightly overmatched. When it comes to competitive activities use discretion.

**SAGITTARIUS (Nov. 23-Dec. 2** The harder you work today, the luckier you are likely to be. However

**3070 Job Opportunities**

**QUINCY HERALD-WHIG**
Delivery, LaGrange, way to earn signi-ficant income supplements. Have two route carriers or would be attractive for one adult. Delivery by 5:00 p.m. - Fri. and by 8:00 a.m. Sat. & Sun.
Call J Link
1-800-619-8080

boys clothes, size 5-7, boys, adult clothes, portable dishwasher, oven & miscellaneous items.

**(1) SATURDAY, 7-?**
1231 Kiefer- Lund Ct.

# PETS/ANIMALS

**5020 Garage Rummage Sales**

**(1) 4 mini blinds, 77 1/4" wide x 81**
3/4 long, 8 mini blinds, ties, candies & holders, golf balls, left hand golf clubs & golf accessories, toys, coats, picture frames & books, dishes & toys bike, winter coat, Lake Estates, Sat. 8-2.

**(1) 3221 Josephine**
Sat. 8-5

**INSTRUCTION**

**930 GARAGE Sale**
Friday May 21, 7:00 am - 1:00 pm. The usual household stuff.

**(1) YARD Sale, Fri. & Sat. 8am-?**
Springlake Rd. Hwy. 24 North. turn off at Diamond Motel, 4th key, rider, curtains & plants.

**(4) 728 So. 21st, Fri. & Sat. 7-12.**
BIG SALE! Crocks, dishes, furniture, lamps, quilts, tools, old reddown camper, antiques, jewelry.

**(3) MAY 21 & 22 only 9am-? 919**
S. 17th St. Large sale. Baby clothes & furniture, teddy bear & Mickey Mouse collection, old retired Beanie Babies, clothes, toys & dolls, bikes & miscellaneous. No checks.

**(3) MULTI family sale,**
clothes, Tye beanies, miscellane-

**The Quincy Herald-Whig**

Friday, May 21, 1999  Page 3B  ▫

## 3010 Help Wanted

**DRIVERS WANTED** hauling livestock only. Complete application in person. 415 West Maple, Ursa. (217)964-2271 for appointment. Only serious applicants apply.

**FULL TIME** office employee. Knowledge of accounts payable/accounts receivable desirable. Attractive benefit package. Apply in person at Richards Electric Motor Co., 426 State.

• GEM CITY FORD

**LOT PERSON**– we're seeking a full time person to maintain, clean, and keep our lot in tip top shape. You'll be responsible for the lot appearance and positioning of all vehicles.

**PROFESSIONAL DETAIL PERSON**– the person we are seeking must have a keen eye for detail. You'll be responsible for cleaning, polishing, waxing and preparing new units for showing as well as serving our customers needs.

We provide health, life and dental insurance, vacation, holiday pay and other benefits.

• Please apply in person at: Gem City Ford, Monday thru Friday, 9:00AM- 5:00PM.

**GEM CITY FORD**

4300 Broadway      Quincy, IL

• **HEAVY EQUIPMENT** Operator - Send resume with references to: Gunn Construction Box 438, Camp Point, IL 62320

• **HOUSEKEEPER, PART-TIME,** Weekends required. Apply in person. Travelodge, 200 South 3rd. References call 223-3545

**LOCAL FLATBED** company needs drivers to run the Midwest. Need to be 26 yrs. old, 1 year OTR experience. Please contact (660)866-2409. Can leave message 24 hours.

**MAINTENANCE PERSON** -$6.50/hour, pool knowledge preferred. Apply in person at Travelodge, 200 S. 3rd, Quincy.

**MANAGEMENT POSITION-** Large west central retail grocery store accepting through 4:30 p.m. June 1, 1999. Inquiries can be made by mail to:

**The Office of the City Clerk**
215 North Monroe
Pittsfield, Illinois 62363
or by telephone 217-285-4484.

## 3010

**SECRETARY / re**... time 2 days per... resume to Box 0... cy Herald-Whig

**SECRETARY WA**... ing law firm. D... scription and... edge a must. W... & shorthand he... essary. Salary... perience. Se... 03212, c/o Qui...

**SIDING APPL**... have experie... truck. Apply in... Improvement...

**SUMMER HELP** keeper & mai... person at Cau... 8000 Broadwa...

**TEACHER, full** School Age P... 30 semester... related to sc... for Susan, 21...

**QUINCY H**
**Box**

Please mail o... a Herald-W... you are m... address the... lows:
Example:
Box
c/o Quin...
P.O...
Post Office...
mailed to... Whig.
Example:
Box
c/o Quin...
P.O...
temporary... monthly sa... Starting sala... the Illinois V... No. 12th St... mation ple... ext. 204, Be... ployer.

**INSTRUCTO...** to teach... summer st... 8:30 - 8:2... in Child... Childhood...

... block South of... cation... May 22,... Heal... ems, house... P.O.... single, small TV

**OPTO 30th...** time... Sunday...

## 5020 Garage Rummage Sales

**(6)** 625 Meadow Circle, Fri. 4-9, Sat. 8-1: microwave & cart, twin bed, TV, dressers, kitchen table, Home Interiors, wicker, lots of miscellaneous.

**(6)** 7126 State, Fri., May 21, 7-12, Sat. May 22, 7-? First Time everl Treadmill, aluminum tool box for mid size pickup, Home Interiors, dishes, clothes, toys.

**(6)** BIG 2 family garage sale, Sat. 8-? 11x14 2 room tent, closet doors, doors, bathroom vanity/ sink, car seats, changing table, stroller, high chair, clothes - girls 12 mo. to 6X, women's 10-16, men's, household, books, patterns, toys, fish tank, Barbie car. 924 Rim Road. Take East State 1 1/2 mi. past Deters, then 1/2 mi. down Rim Road.

**(6)** CARPORT Sale - Beanie Babies, riding mower, collectable Barbies, Barbie items, games, books, Sat. 8-12, 32 Edgewood, Rain or shine, no early birds.

**(6)** FRIDAY 8:30-12 & Saturday 7:30-12. Baby bed, double stroller, high chair, GREAT kids clothes- 0-6X, awesome toys, antique quilts, crafts, golf clubs & more, 3100 Lantern Lane.

**(6)** GARAGE Sale 20 Edgewood Dr. (off 36th & State) Sat. May 22, 7am- 2pm. Early birds welcome. Lots of clothing, dishes, Little Tike items, bicycles, some ceramics. Rain or shine.

**(6)** GARAGE Sale: Crafts, clothes all sizes, home interiors, furniture & miscellaneous. 3119 Fox Run E. Fri. 8am- 2pm & Sat. 8am- ? Rain or shine.

**(7)** GARAGE Sale 2151 East Wilmar, 8am-? Sat. May. 22nd, couch & love seat, bar stools, toys, puzzles, wedding gown, size 18+, miscellaneous.

**(7) Park wide yard sale**
4501 Gardner Express Way
Hultz Mobile Home Park
Saturday, May 22, 7-?

**#7** Ridgeline Drive, Friday 8am-3pm & Saturday 8am- 12noon. Bikes, childrens books, toys, some clothing, nice wall pictures, some planters & TV.

**(8)** 1634 So. 28th
(off S. Jun),
patio furniture, gas grill, miscellaneous, no early birds

**(9)** 4 Family Garage sale, May 21 & 22, 7 am - 2pm. 1950's Gas range, microwave & cart, Stamina stepper, Alpha flex wood... bench furniture, VCR TV, toys,

## 5020 Garage Rummage Sales

**(9)** MO Right To Life 19th Annual Sale, Bake Sale & Silent Auction, Hannibal- LaGrange College Sports Complex, Hannibal, MO Friday 8-6 & Saturday 8-1, toys, clothing household, miscellaneous.

**(9)** TALBOT St., Liberty Fri. & Sat. 7am - 2 pm; furniture, small appliances, refrigerator, goose motif, & miscellaneous

**(9)** URSA Town Hall
4 family sale
Sat., 8-1:30pm
Household items, children & adult clothes.

**(9)** YARD Sale at Timberpoint Health Care at Camp Point, IL
Sat. 9am- 4pm
Saturday May 22.

## 5070 Business Equipment

**PROFESSIONAL RECORDING** studio equipment including mixing console, digital tape recorders & other items, 573-221-0518

## 5080 Computers

166 MMX, 48MB RAM, 56K modem, 15" monitor, 40X CD, sound, excellent software, color printer, $650, 217-434-8581

**APPLE POWER** Mac 7200/90 1 gig Hard drive, CD, 48 meg. memory, Apple 1710 17" display monitor, $800; Apple Laser... pine bookcases, all for $350. (217)224-0326

**AIR CONDITIONER,** 18,000 BTU's, Frigidaire, 8 1/2 yrs. left on warranty, $400. Call after 4pm (217)224-8434

**AVANTI DORM** size compact refrigerator/ freezer, 2 years old, $150 (217)222-5629

**BEDROOM SUITE,** 6 piece American of Martinsville, queen/king size, contemporary, paneled mirrors master chest, light curly maple, excellent condition. $1200/offer. 224-3212

$100.
(573)655-4542

**SOFA SLEEPER** & love seat, with 2 matching lamps, $575; or shelving unit, $300; (217)224-0326



# BLESSING HOSPITAL

Notice to Addressee:

Enclosed is a check received from a third party endorsed by Blessing Hospital and made <u>payable to you</u>.

From the information we have, this money should be yours as the medical expenses involved have already been paid for in full.

If you have any questions, please contact me at 217/223-1200, extension 4148.

Sincerely,

*Susan Weir*

Susan Weir
Patient Financial Services
Control Clerk

Form:  PAC 7

☐ Broadway at 11th Street
P.O. Box 7005
Quincy, Illinois 62305-7005
(217) 223-1200

☐ Broadway at 14th Street
P.O. Box 7005
Quincy, Illinois 62305-7005
(217) 223-1200



Post-it™ brand

**Fax Transmittal Memo**   7672

To  _RED SAMPSON_

Company

Location  _TRAVELODGE_

_QUINCY_

Fax #  _224-2582_

Comments

Telephone #

No. of Pages  _1_   Today's Date  _3-5-96_   Time  _4:30_

From  _DAVID C. KOBE_

Company  _HARRIS   BROADCAT_

Location  _QUINCY_   Dept. Charge

Fax #  _222-9299_   Telephone #

Original Disposition:  ☐ Destroy   ☐ Return   ☐ Call for pickup

# HARRIS
# BROADCAST TECH

---

**TO:** Red Sampson     **FROM:** David C. Kobe     **DATE:** March 5, 1996

**SUBJECT:** Mexican Customers

Red,

I just want to drop you a quick note about our TV Azteca customers who stayed at your Travelodge. They were very pleased with the accommodations and particularly with your driver Jim. They commented several times about how friendly and courteous he was and they were very grateful for his patience and willingness transport them. Plus they enjoyed his company. They got along great!

I just thought you should know. Thanks for leaving us in good hands.

Best Regards,

David C. Kobe
Harris Broadcast

(521)



**DISCLAIMER FOR FRANCHISE FORMS**

This facility uses the "Travelodge" name pursuant to a license agreement with Forte Hotels, Inc., and is neither owned or operated by ... ... Hotels, Inc.

**An Equal Opportunity Employer**

Federal and State laws prohibit discrimination in employment because of race, creed, color, national origin, sex, marital status, age or the presence of any sensory, mental or physical handicap.

## EMPLOYMENT APPLICATION

DATE _11-28-9_

(PLEASE TYPE OR PRINT CLEARLY)

### PERSONAL INFORMATION

NAME _Jimmie E. Small_

PRESENT ADDRESS _C/o General Delivery_ CITY _Knox City_ STATE _Mo_ ZIP CODE _63___

TELEPHONE NO. _No Phone_ ALTERNATE TELEPHONE NO _None_ SOCIAL SECURITY NO. _490-48-9_

### EMPLOYMENT INFORMATION

If you are not a citizen of the United States, have you the legal right to accept employment in the U.S.? _Yes_ Do you intend to remain perma in the U.S.? _Yes_ (Upon employment, you will be required to submit proof of identity and authority to work.)

ALIEN REGISTRATION, IF APPLICABLE _N/A_ TYPE OF VISA ___

POSITION DESIRED _immediate employ_ DATE YOU CAN START _TODAY_ SALARY REQUIREMENTS _Negotia_

REFERRED BY ___ DO YOU DESIRE? FULL TIME _✓_ PART TIME _X_ _as present_

HAVE YOU EVER APPLIED TO OR BEEN EMPLOYED BY THIS COMPANY BEFORE? _NO_ WHEN? ___ WHERE? ___

ARE THERE ANY DAYS OR SHIFTS YOU WILL NOT BE ABLE TO WORK? _NO_
PLEASE SPECIFY

ANY RELATIVES IN OUR EMPLOY? _NO_ YES ___ NAME ___

### SCHOOL AND EDUCATION RECORD

| TYPE OF SCHOOL | NAME/LOCATION OF SCHOOL | GRADE OR YEARS COMPLETED | MAJOR FIELD OF STUDY | DATE COMPLETED | GRADU/ OR DEG |
|---|---|---|---|---|---|
| GRADE OR HIGH | Baring public High | 12 | Drafting | | Yes |
| COLLEGE | NMSU | 2 | drafting | | no |
| TRADE, BUSINESS, CORRESPONDENCE | | | | | |
| OTHER | | | | | |

### WORK EXPERIENCE

| NAME/ADDRESS OF EMPLOYER (List most recent employer first.) | DATE (Month & Year) | SALARY | POSITION | |
|---|---|---|---|---|
| NAME _Bross Const Company_ ADDRESS _Hannibal, Missouri_ TELEPHONE NUMBER | FROM _April 1994_ TO _Sept 1994_ | 9°° | _Equipment Operator_ | Supervisor / Reason for Leaving |
| NAME _Moline Consumers,_ ADDRESS _Moline, Ill_ TELEPHONE NUMBER | FROM _part time_ TO | _Various_ | | Supervisor / Reason for Leaving |
| NAME ADDRESS TELEPHONE NUMBER | FROM TO | | | Supervisor / Reason for Leaving |
| NAME ADDRESS TELEPHONE NUMBER | FROM TO | | | Supervisor / Reason for Leaving |
| NAME ADDRESS TELEPHONE NUMBER | FROM TO | | — _Exhibit # 8_ | |

TP-5 (REV 9/91)   _(29)_

_272_   _96P-00060_
_Exhibit "I"_

SPECIAL TRAINING

| CASH REGISTER | SHORTHAND | PERSONAL COMPUTER | OTHER OFFICE MACHINES |
| 10 KEY ADDING MACHINE | WORDS PER MINUTE | TYPE | |
| DICTAPHONE | X LONG | WORD PROCESSOR | |
| PBX SWITCHBOARD | WORDS PER MINUTE | TYPE | |

## MISCELLANEOUS

IF YOU WISH TO BE CONSIDERED FOR ANY POSITION INVOLVING THE HANDLING OR SERVICE OF ALCOHOLIC BEVERAGES

DO YOU MEET THE LEGAL AGE REQUIREMENTS TO HANDLE OR SERVE ALCOHOLIC BEVERAGES? _yes_

IF THE POSITION FOR WHICH YOU ARE APPLYING REQUIRES A FIDELITY BOND, HAVE YOU EVER BEEN DENIED SUCH A BOND? _no_

IF YES, PLEASE EXPLAIN _Never been denied a bond_

HAVE YOU EVER BEEN CONVICTED OF A CRIME INCLUDING, BUT NOT LIMITED TO, MISDEMEANORS AND FELONIES?

IF YES, PLEASE DESCRIBE IN DETAIL. _Misdemeanor, possession of alleged wild turkey in closed season, Knox Co. Missouri_

(A conviction record will not necessarily disqualify an applicant)

HAVE YOU EVER SERVED IN THE ARMED FORCES? YES ☒ NO ☐ WHICH BRANCH? _Army — USMC —_ DATES _1964 — 1965 – 70_

INDICATE ANY SPECIAL JOB RELATED TRAINING RECEIVED: _substantial experience in various job skills, general mechanic work, carpentry w_

LANGUAGES, SPOKEN OR WRITTEN (PLEASE INDICATE DEGREE OF FLUENCY):

| LANGUAGE | READING | | | SPEAKING | | | UNDERSTANDING | | | WRITING | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EXEC. | GOOD | FAIR | EXEC. | GOOD | FAIR | EXEC. | GOOD | FAIR | EXEC. | GOOD | FA |
| _English_ | | X | | | X | | | X | | | X | |

PLEASE READ THE FOLLOWING AND SIGN YOUR NAME BELOW...

*If offered employment, my status will be probationary until the successful completion of this period, the length of which is established in accordar with individual location policy. Even after the conclusion of my probationary period, I understand that my employment may be terminated at any ti without liability for wages or salary.*

*I declare my answers to the questions on this application are true and give this Company the right to investigate all references and information give agree that any false statement or misrepresentation on this application will be cause for refusal to hire or for immediate dismissal, regardless of w such misrepresentation has been discovered. If requested by the management at any time, I agree to submit to search of my person or of any loc that may be assigned to me, and hereby waive all claims for damages on account of such examination. I authorize any physician or hospital to rele any information which may be necessary to determine my ability to perform the duties of a job I am being considered for prior to employment or in future during my employment.*

DATE _11-28-95_     SIGNATURE _Jimmie E. Small_

_Exhibit # 8_

(30)

_Exhibit "1"_

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

ADAMS COUNTY, ILLINOIS

FEB 25 2000

JIMMY SMALL,          )
                             )
          Plaintiff,    )
                             )
          vs.         )     No. 99-MR-40
                             )
QUINCY TRAVELODGE NO. 162 and )
WESTMONT HOSPITALITY, INC., a  )
corporation,             )
                             
          Defendants.

STATE OF ILLINOIS    )
                       ) SS.
COUNTY OF ADAMS    )

**SUPREME COURT RULE 214 AFFIDAVIT OF COMPLIANCE**

I, Jonathan H. Barnard, on oath, depose and say that the foregoing Response to Request for Production is true and correct to the best of my information knowledge and belief.

_____
Jonathan H. Barnard

Subscribed and sworn to before me on February 24, 2000.

_____
Notary Public

OFFICIAL SEAL
SARA DREIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/19/03

Attorneys for Defendants:

JONATHAN H. BARNARD
316 North Sixth Street
Quincy, Illinois 62301
Telephone: 217-223-6000
Fax: 217-223-6072

CERTIFICATE
I, RANDY E. FRESE, Clerk of the Circuit
Court of the Eighth Judicial Circuit of Illinois,
Adams County, do hereby certify that this
is a true and complete copy of the Original
instrument filed and retained in this office.

WITNESS: 4-6-06
_____
Clerk of the Circuit Court

SEAL By _____ Deputy

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

ADAMS COUNTY, ILLINOIS

JIMMY SMALL,                          )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )          No. 99-MR-40
                                      )
QUINCY TRAVELODGE NO. 162 and         )
WESTMONT HOSPITALITY, INC., a         )
corporation,                          )
                                      )
          Defendants.

STATE OF ILLINOIS         )
                          ) SS.
COUNTY OF ADAMS           )

### SUPREME COURT RULE 214 AFFIDAVIT OF COMPLIANCE

I, Jonathan H. Barnard, on oath, depose and say that the foregoing Response to Request for

Production is true and correct to the best of my information knowledge and belief.

_____
Jonathan H. Barnard

Subscribed and sworn to before me on February 24, 2000.

_____
Notary Public

OFFICIAL SEAL
SARA DREIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08/19/03

Attorneys for Defendants:

JONATHAN H. BARNARD
316 North Sixth Street
Quincy, Illinois  62301
Telephone: 217-223-6000
Fax: 217-223-6072

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

ADAMS COUNTY, ILLINOIS

JIMMY SMALL,                              )
                                          )
            Plaintiff,                    )
                                          )
      vs.                                 )          No. 99-MR-40
                                          )
QUINCY TRAVELODGE NO. 162 and )
WESTMONT HOSPITALITY, INC., a )
corporation,                              )
                                          )
            Defendants.

## RESPONSE TO REQUEST FOR PRODUCTION

NOW COMES Defendant, QUINCY TRAVELODGE NO. 162 and WESTMONT

HOSPITALITY, INC., a corporation, by Jonathan H. Barnard, their attorneys, and for their Response

to Plaintiff's Request for Production, states that attached hereto are copies of all documents

pertaining to this case.

WW LODGING INC., d/b/a QUINCY TRAVELODGE NO. 162, and WESTMONT HOSPITALITY, INC., a corporation, Defendants

By: _____
            One of Defendants' Attorneys

Attorneys for Defendants:

JONATHAN H. BARNARD
316 North Sixth Street
Quincy, Illinois 62301
Telephone: 217-223-6000
Fax: 217-223-6072

"Exhibit A"

Page
68 of 68